United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 23-90054 (CML) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 4** |
| IEH AUTO PARTS HOLDING LLC, *et al.*,[1] | |
| Debtors. | |

**ORDER (I) AUTHORIZING THE DEBTORS TO REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION, (II) APPROVING THE FORM AND MANNER OF THE NOTICE OF COMMENCEMENT, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing the Debtors to redact certain personally identifiable information; (b) approving the form and manner of notifying creditors of the commencement of these chapter 11 cases; and (c) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: IEH Auto Parts Holding LLC (6529); AP Acquisition Company Clark LLC (4531); AP Acquisition Company Gordon LLC (5666); AP Acquisition Company Massachusetts LLC (7581); AP Acquisition Company Missouri LLC (7840); AP Acquisition Company New York LLC (7361); AP Acquisition Company North Carolina LLC (N/A); AP Acquisition Company Washington LLC (2773); Auto Plus Auto Sales LLC (6921); IEH AIM LLC (2233); IEH Auto Parts LLC (2066); IEH Auto Parts Puerto Rico, Inc. (4539); and IEH BA LLC (1428). The Debtors' service address is: 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30144.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is ORDERED THAT:

1. The Debtors are authorized to redact on the Creditor Matrix, Schedules and Statements, or other documents filed with the Court (a) the home addresses of individuals and (b) all personally identifiable information of minors. The Debtors shall provide an unredacted version of the Creditor Matrix, Schedules and Statements, and any other filings redacted pursuant to this Order to (x) the Court, the U.S. Trustee, and counsel to any official committee appointed in these chapter 11 cases (if any) and (y) any party in interest upon a request to the Debtors (email is sufficient) or to the Court that is reasonably related to these chapter 11 cases, subject to the restrictions of the UK GDPR and EU GDPR; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request. The Debtors shall inform the Court and U.S. Trustee promptly after denying any request for an unredacted document pursuant to this Order. Nothing herein precludes a party in interest's right to file a motion requesting that the Bankruptcy Court unseal the information redacted by this Order.

2. The Notice of Commencement in the attached form **Exhibit A** is approved. The Debtors are authorized to serve the Notice of Commencement on all parties listed on the Creditor Matrix. Service of the notice of commencement shall be deemed adequate and sufficient notice of

(a) the commencement of these chapter 11 cases and (b) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: February 01, 2023

Christopher Lopez
United States Bankruptcy Judge

## Exhibit A

**Notice of Commencement**

| **Information to identify the case:** | |
|---|---|
| Debtor: IEH AUTO PARTS HOLDING LLC<br>             Name | EIN: 47-3476529 |
| United States Bankruptcy Court for the Southern District of Texas | |
| Case Number: 23-90054 (CML) | Date case filed for Chapter 11:<br>January 31, 2023 |

Official Form 309F1 (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                                                                                   10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

  **The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtors' full name:  See chart below.**

   **List of Jointly Administered Cases**

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 1 | AP Acquisition Company Clark LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90053 | 36-4874531 |
| 2 | AP Acquisition Company Gordon LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90060 | 37-1865666 |
| 3 | AP Acquisition Company Massachusetts LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90062 | 82-3717581 |
| 4 | AP Acquisition Company Missouri LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90063 | 82-2927840 |
| 5 | AP Acquisition Company New York LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90056 | 82-3727361 |
| 6 | AP Acquisition Company North Carolina LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90064 | N/A |
| 7 | Auto Plus Auto Sales LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90055 | 83-0546921 |
| 8 | AP Acquisition Company Washington LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90061 | 82-2942773 |
| 9 | IEH AIM LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90065 | 47-3392233 |
| 10 | IEH Auto Parts Holding LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90054 | 47-3476529 |
| 11 | IEH Auto Parts LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90057 | 47-3322066 |

Official Form 309F1 (For Corporations or Partnerships)                                                      **Notice of Chapter 11 Bankruptcy Case**

| 12 | IEH Auto Parts Puerto Rico, Inc. | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90058 | 86-1484539 |
|---|---|---|---|---|
| 13 | IEH BA LLC | 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30114 | 23-90059 | 47-3401428 |

| | | | |
|---|---|---|---|
| 2. | All other names used in the last 8 years: <u>See Rider 1</u>. | | |
| 3. | Address: See chart above. | | |
| 4. | Debtors' attorneys:<br><br>**JACKSON WALKER LLP**<br>Matthew D. Cavenaugh (TX Bar No. 24062656)<br>Veronica A. Polnick (TX Bar No. 24079148)<br>Vienna Anaya  (TX Bar No. 24091225)<br>Emily Meraia (TX Bar No. 24129307)<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>Telephone:   (713) 752-4200<br>Facsimile:    (713) 752-4221<br>Email:    mcavenaugh@jw.com<br>Email:    vpolnick@jw.com<br>Email:    vanaya@jw.com<br>Email:    emeraia@jw.com<br><br>Proposed Counsel to the Debtors and Debtors in Possession | Debtors' notice and claims agent (for court documents and case information inquiries):<br><br>**Case Website**: www.kccllc.net/autoplus<br>**Email**:          autoplusinfo@kccllc.com<br>**Telephone**:   (888) 802-7207 (Toll-free, U.S./Canada)<br>                        (781) 575-2107 (International)<br><br>**If by First-Class Mail:**<br>IEH Auto Parts Holding LLC<br>Claims Processing Center<br>c/o KCC<br>222 N Pacific Coast Highway, Suite 300<br>El Segundo, CA 90245<br><br>**If by Hand Delivery or Overnight Mail:**<br>IEH Auto Parts Holding LLC<br>c/o KCC<br>222 N Pacific Coast Highway, Suite 300<br>El Segundo, CA 90245 | | |
| 5. | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address.<br><br>You may inspect all records filed in this case at this office or online at www.pacer.gov | **United States Courthouse**<br>**515 Rusk Avenue**<br>**Houston, Texas  77002**<br><br>All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at www.kccllc.net/autoplus | **Hours Open:  Monday - Friday**<br>**8:00 AM - 5:00 PM CT**<br>**Contact phone:  713-250-5500** | |
| 6. | Meeting of Creditors<br><br><br><br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | March 9, 2023 at 10:00 a.m. (prevailing Central Time)<br><br><br><br>The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | Location:<br>Telephone Conference Call<br><br>Dial:  (866) 707-5468<br>Code:  6166997 | |
| 7. | **Proof of Claim Deadline:** | Deadline for filing proof of claim:<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless: | Not yet set. When a deadline is set, you will receive another notice. | |

Official Form 309F1 (For Corporations or Partnerships)                                                 **Notice of Chapter 11 Bankruptcy Case**

|   |   |   |
|---|---|---|
|   |   | • Your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• You file a proof of claim in a different amount; or<br>• You receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint: To be determined** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**Rider 1**
**Other Names Used in the Last 8 Years**

| Current Entity Name | Former Entity Name |
|---|---|
| AP Acquisition Company Clerk LLC | Auto Plus Auto Parts; Auto Plus; Standard Auto; Almeda Standard Auto Parts Inc.; Galveston Standard Auto Parts Inc., NASA Standard Auto Parts Inc.; Texas City Standard Auto Parts Inc.; Dickinson Standard Auto Parts Inc.; Pearland Standard Auto Parts Inc.; Texas City Standard Auto Parts |
| AP Acquisition Company Gordon LLC | Auto Plus Auto Parts; Auto Plus; Calhoun Auto Parts |
| AP Acquisition Company Massachusetts LLC | Auto Plus Auto Parts; Auto Plus; Carberry Auto Parts |
| AP Acquisition Company Missouri LLC | Auto Plus Auto Parts; Auto Plus; BS&F Auto Parts |
| AP Acquisition Company New York LLC | Auto Plus Auto Parts; Auto Plus; Miele Auto Parts; Prostock Automotive Warehouse |
| AP Acquisition Company North Carolina LLC | Auto Plus Auto Parts; Auto Plus |
| Auto Plus Auto Sales LLC | Auto Plus Auto Parts; Auto Plus; AP Auto Sales LLC; AP Acquisition Company NYC LLC |
| AP Acquisition Company Washington LLC | Auto Plus Auto Parts; Auto Plus; Oak Harbor Auto Center |
| IEH AIM LLC | Auto Plus Auto Parts; Auto Plus |
| IEH Auto Parts Holding LLC | Auto Plus Auto Parts; Auto Plus; Circle City; Haledon Auto Parts |
| IEH Auto Parts LLC | Auto Plus Auto Parts; Auto Plus; IEH Auto Parts Holdings LLC; Consumer Auto Parts; Central City Auto Parts, LLC; Xpress Auto Parts, Inc.; United Auto Parts, LLC; Standard Auto; Almeda Standard Auto Parts Inc; Galveston Standard Auto Parts Inc.; NASA Standard Auto Parts Inc.; Texas City Standard Auto Parts Inc.; Dickinson Standard Auto Parts Inc.; Pearland Standard Auto Parts Inc.; North End Auto Parts, Incorporated; Quality Automotive Warehouse, Inc.; Greene's Auto Parts, Inc.; Industrial Engine & Supply, Inc.; Leicester Auto Parts, LLC, Magnun, Inc.; Hapi Auto Parts; Automotive Electric Distributors, Inc.; Circle City Auto Parts, Inc.; Wholesale Direct Auto Parts; Babcock Auto Parts; Blakely Auto Parts; D.A. Automotive Supply Co.; Dave Ott's Auto Parts; Dillon Auto Parts; East End Auto Parts; Marlton Auto Parts; National Auto Puyallup Auto; Penndel Auto Parts, Reynoldsville Auto Parts; Waverly Auto Supply; W.D. Sales |
| IEH Auto Parts Puerto Rico, Inc. | Auto Plus Auto Parts; Auto Plus |
| IEH BA LLC | Auto Plus Auto Parts; Auto Plus |