IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 23-90054 (CML) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 183** |
| IEH AUTO PARTS HOLDING LLC, *et al.*,[1] | |
| Debtors. | |

### CERTIFICATE OF NO OBJECTION

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned proposed counsel for the above-captioned debtors (collectively, the "Debtors") certifies as follows:

1. On March 2, 2023, the Debtors filed the *Debtors' Application to Retain The Law Office of Liz Freeman, PLLC as Co-Counsel and Conflicts Counsel for the Debtors and Debtors In Possession* [Docket No. 183] (the "Application").

2. The deadline for parties to file an objection to the relief requested in the Application was March 23, 2023 (the "Objection Deadline"). No objections were filed on the docket on or before the Objection Deadline. Proposed counsel to the Debtors did not receive any informal responses on or before the Objection Deadline.

3. The Debtors request that the Court enter the attached proposed order at the earliest convenience of the Court.

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: IEH Auto Parts Holding LLC (6529); AP Acquisition Company Clark LLC (4531); AP Acquisition Company Gordon LLC (5666); AP Acquisition Company Massachusetts LLC (7581); AP Acquisition Company Missouri LLC (7840); AP Acquisition Company New York LLC (7361); AP Acquisition Company North Carolina LLC (N/A); AP Acquisition Company Washington LLC (2773); Auto Plus Auto Sales LLC (6921); IEH AIM LLC (2233); IEH Auto Parts LLC (2066); IEH Auto Parts Puerto Rico, Inc. (4539); and IEH BA LLC (1428). The Debtors' service address is: 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30144.

Houston, Texas
Dated: March 24, 2023

      */s/ Elizabeth C. Freeman*
      **LAW OFFICE OF LIZ FREEMAN**
      Elizabeth C. Freeman (TX Bar No. 24009222)
      PO Box 61209
      Houston, TX 77208-1209
      Telephone: (832) 779-3580
      Email: liz@lizfreemanlaw.com

      *Proposed Co-Counsel and Conflicts Counsel for the Debtors*

**Certificate of Service**

      I certify that on March 24, 2023 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Elizabeth C. Freeman*
Elizabeth C. Freeman