**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| IEH AUTO PARTS HOLDING LLC, *et al.*, | ) Case No. 23-90054 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No.  208** |

**NOTICE OF ASSUMPTION AND ASSIGNMENT OF DESIGNATED CONTRACTS TO
FISHER AUTO PARTS, INC. AND CLUTCH ACQUISITION, LLC –
WINNING BIDDER**

On January 31, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

On February 10, 2023, the Debtors filed a motion [Docket No. 96] (the "Bid Procedures Motion") with the Court seeking entry of orders, among other things authorizing and approving (a) the sale of the Assets free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options, and interests except to the extent otherwise set forth in the purchase agreement executed by the Debtors and the Winning Bidder or Backup Bidder, (b) the assumption and assignment of Designated Contracts (if any), and (c) granting related relief.[1]

On March 10, 2023, the Court entered an order [Docket No. 208] (the "Bid Procedures Order") approving, among other things, the Assumption and Assignment Procedures, which establish the process by which any executory contracts designated by the Winning Bidder or Backup Bidder shall be assumed and assigned to the Winning Bidder or Backup Bidder, as applicable. **All recipients of this notice should carefully read the Bid Procedures Order and the Assumption and Assignment Procedures in their entirety.**

On May 13, 2023, the Debtors filed with the Court the Notice of Winning Bids at Docket No. 514 (the "Notice of Winning Bids"). The Notice of Winning Bids is attached as **Schedule 1** and discloses the Winning Bid and Backup Bid for the lots as listed. The Notice of Winning Bids, includes a Proposed Assumed Leases List and/or Proposed Assumed Executory Contracts List[2] for each lot, as applicable. The inclusion of a lease or contract shall not (a) obligate the Debtors to assume or assign such lease or contract or (b) constitute any admission or agreement by the Debtors that such lease or contract is an executory contract. Only those leases or contracts that are included

---

[1]  Capitalized terms used but not defined have the meanings ascribed to them in the Bid Procedures Motion.

[2]  As those terms are used in the Notice of Winning Bids.

on a schedule of assumed and acquired leases or contracts attached to definitive documentation in the Sale that is approved by the Sale Order will be assumed and assigned.

Copies of the Bid Procedures, Bid Procedures Motion, the Bid Procedures Order, the Notice of Winning Bid, and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://kccllc.net/autoplus.

**<u>Potential Assignment of Designated Contracts to the Backup Bidder</u>**

You are receiving this notice (the "<u>Assignment Notice</u>") because you are a counterparty to the executory contract(s) listed on **Schedules 2(a), 2(b), and 2(c)** and **Schedule 3**, which the Debtors are proposing to assume and assign to the Winning Bidder, Fisher Auto Parts, Inc. and Clutch Acquisition, LLC, in connection with the Sale (the "<u>Designated Contracts</u>").

A.    **Cure Amounts**

Section 365(b)(1) of the Bankruptcy Code requires a debtor to cure, or provide adequate assurance that it will promptly cure, any defaults under executory contracts and unexpired leases at the time of assumption.

In accordance with the assumption and assignment procedures authorized by the Court pursuant to the Bid Procedures Order (the "<u>Assumption and Assignment Procedures</u>"), on April 11, 2023 [Docket No. 361] the Debtors filed with the Court an initial cure notice (the "<u>Initial Cure Notice</u>").  The deadline to object to the Initial Cure Notice was April 25, 2023 at 5:00 P.M. prevailing Central Time (the "<u>Initial Cure Notice Objection Deadline</u>").  On May 2, 2023 [Docket No. 475], the Debtors filed with the Court a first supplemental cure notice (the "<u>First Supplemental Cure Notice</u>").  The deadline to object to the First Supplemental Cure Notice is May 16, 2023 at 5:00 P.M. prevailing Central Time (the "<u>First Supplemental Cure Notice Objection Deadline</u>" and together with the Initial Cure Notice Objection Deadline, the "<u>Cure Objection Deadlines</u>").  The Debtors served upon the non-Debtor counterparties to the Designated Contracts, one or more notices (each, a "<u>Cure Notice</u>") setting forth that such executory contract or unexpired lease may be assumed or assigned to the Purchaser and the applicable cure amount the Debtors believe is necessary to satisfy to assume such executory contract or unexpired lease in accordance with section 365 of the Bankruptcy Code.

**Schedules 2(a), 2(b), and 2(c)** and **Schedule 3** set forth the cure amount (if any) of Designated Contracts according to the Debtors' records that is required pursuant to section 365(a) of the Bankruptcy Code.  Except as to those cure amounts related to the First Supplemental Cure Notice as the First Supplemental Cure Notice Objection Deadline has not expired, the cure amounts set forth in **Schedules 2(a), 2(b), and 2(c)** shall be controlling as of the date of this Assignment Notice; the non-debtor party to each unexpired lease set forth on **Schedules 2(a), 2(b), and 2(c)** stipulated that the Cure Amount set forth in this Assignment Notice is correct in accordance with the Assignment and Assumption Procedures; the non-debtor party shall be forever barred, estopped and enjoined from asserting or claiming that any additional amounts are due or other defaults exist.  For the avoidance of doubt, the cure amounts set forth in **Schedules 2(a), 2(b), and 2(c)** are not controlling where there are outstanding objections.

**Schedule 3** sets forth the proposed cure amount (if any) of Designated Contracts not previously included on a Cure Notice according to the Debtors' records that is required pursuant to section 365(a) of the Bankruptcy Code. **The proposed cure amount represents all monetary defaults of any nature that the Debtors believe are or may be outstanding under the Designated Contract prior to the closing of the Sale. If you believe the proposed cure amount is listed with an incorrect amount, you <u>must</u> object in accordance with the procedures described in this notice by no later than the objection deadline set forth below under the heading "Important Dates and Deadlines."**

B.    **Adequate Assurance of Future Performance**

Section 365(a) of the Bankruptcy Code conditions assignment on the Winning Bidder or Backup Bidder providing "adequate assurance of future performance."   Counterparties to Designated Contracts may request adequate assurance of future performance by the Winning Bidder or Backup Bidder by contacting counsel to the Debtors, Jackson Walker LLP (SaleJW-AutoPlus@jw.com) and The Law Office of Liz Freeman (liz@lizfreemanlaw.com).   Such adequate assurance may be provided on a confidential basis for all nonpublic information. **If you object to assumption and assignment of your Designated Contract based solely on the adequate assurance of future performance, you must object in accordance with the procedures described in this notice by no later than the objection deadline set forth below under the heading "Important Dates and Deadlines."**

To the maximum extent permitted by law, to the extent any provision in any Designated Contract assumed and assigned pursuant to the Sale Order restricts or prevents, or purports to restrict or prevent, or is breached or deemed breached by, the assumption or assumption and assignment of such Designated Contract (including any "change in control" provision), then such provision shall be deemed modified such that the transactions contemplated by the Sale Order and any definitive documentation for the Sale shall not entitle the non-Debtor party to terminate such Designated Contract or to exercise any other default-related rights with respect, unless such non-Debtor party properly and timely files an objection and such objection is not overruled, withdrawn or otherwise resolved.

<u>**Important Dates and Deadlines**</u>[3]

The Bid Procedures Order and Assumption and Assignment Procedures include a number of dates and deadlines, only a few of which are highlighted here:

- **Deadline to Object to the Sale.** Objections to the Sale (except with respect to the assumption and assignment of any Designated Contract , including objections to the proposed cure amount of the Designated Contracts on **<u>Schedule 3</u>** or adequate assurance of future performance by the Winning Bidder or Backup Bidder of any of the Designated Contracts) must be filed with the Court by **May 17, 2023,** at **5:00 p.m.** (prevailing Central Time) and otherwise meet the requirements set forth in the Bid Procedures Order.

---

[3]    The following dates and deadlines may be extended by the Debtors (with the consent of the DIP Lender) by filing a notice with the Court, pursuant to the Bid Procedures.

- **Deadline to Object to Adequate Assurance of Future Performance of Payment**.  Any objection to the assumption and assignment of a Designated Contract on **Schedules 2(a), 2(b), and 2(c)** or **Schedule 3**, including objections to adequate assurance of future performance, *must*: (a) be in writing; (b) comply with the Bankruptcy Code, Bankruptcy Rules, the Bankruptcy Local Rules, and any orders of the Court; (c) state the name and address of the objecting party and identify the Designated Contract at issue; (d) state, with particularity, the basis and nature of any objection to the assumption and assignment, cure amount, and/or adequate assurance of future performance; and (e) be filed with the Court with proof of service thereof so as to be actually received on or before **5:00 p.m. (prevailing Central Time) on May 18, 2023**.
- **Deadline to Object to Proposed Cure Amounts for Designated Contracts on Schedule 3.**  Any objection to the proposed cure amount <u>solely</u> related to the Designated Contracts on **Schedule 3** shall: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) state the name and address of the objecting party and identify the Designated Contract at issue; (d) be filed with the Court with proof of service thereof so as to be actually received on or before **14 days following the date of service of this Assignment Notice.**
- **Sale Hearing.**  A hearing to consider approval of the proposed Sale (including assignment of Designated Contracts) will be held before the Court on **May 19, 2023**, at **10:00 a.m.** (prevailing Central Time) at 515 Rusk Street Courtroom 401, Houston, Texas 77002.  Participation in the hearing may be in person or by an audio and video connection, as set forth in the Bid Procedures Motion.

<u>**Consequences of Failing to Timely Assert an Objection**</u>

Except as otherwise ordered by the Court, any party or entity that fails to timely make an objection to the Sale on or before the objection deadline in accordance with the Bid Procedures Order and this Assignment Notice shall be forever barred from asserting any objection to the Sale, including with respect to (a) the transfer of the assets free and clear of all liens, claims, encumbrances, and other interests and (b) the assumption and assignment of a Designated Contract, proposed cure amount, or adequate assurance of future performance.  Any counterparty to a Designated Contract that fails to object to the proposed assumption and assignment by the objection deadline will be deemed to assent to the assumption of the Designated Contract on the terms defined in this Notice.

**Assumption and assignment of any Designated Contract shall result in the full release and satisfaction of any cures, claims, or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or any bankruptcy-related defaults, arising at any time prior to the effective date of assumption.  Any and all proofs of claim based upon executory contracts or unexpired leases that have been assumed in the chapter 11 cases, including pursuant to the Sale Order, shall be deemed disallowed and expunged as of the later of (1) the date of entry of an order of the Court (including the Sale Order) approving such assumption and (2) the effective date of such assumption without the need for any objection or any further notice to or action, order, or approval of the Court.**

Dated:  May 14, 2023

/s/ *Vienna F. Anaya*

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Veronica A. Polnick (TX Bar No. 24079148)
Vienna Anaya  (TX Bar No. 24091225)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:     (713) 752-4200
Facsimile:      (713) 752-4221
Email:          mcavenaugh@jw.com
                vpolnick@jw.com
                vanaya@jw.com
                emeraia@jw.com

*Counsel to the Debtors*
*and Debtors in Possession*

**<u>Schedule 1</u>**
**Notice of Winning Bid**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| IEH AUTO PARTS HOLDING LLC, *et al.*,[4] | ) | Case No. 23-90054 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF WINNING BIDS

On March 10, 2023, the United States Bankruptcy Court for the Southern District of Texas entered the *Order Approving the Bid Procedures and Granting Related Relief* [Docket No. 208] (the "Bidding Procedures Order").[5]

Pursuant to the Bidding Procedures Order, the Debtors file this *Notice of Winning Bids* including (i) a copy of each Winning Bid and Backup Bid, (ii) the identities of the Winning Bidders and Backup Bidders, and (iii) a list of all executory contracts and unexpired leases proposed to be assumed and assigned as part of the Sale.

The Debtors received multiple Qualified Bids and conducted an auction on May 10–11, 2023, to sell the Debtors' assets in Lots 1–9(c).  After conclusion of Lot 9(c), the Debtors announced that they would sell certain remaining assets (satellite locations and distribution centers) in Lot 9(d).  The Lot 9(d) locations and distribution centers were circulated to all

---

[4]   The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: IEH Auto Parts Holding LLC (6529); AP Acquisition Company Clark LLC (4531); AP Acquisition Company Gordon LLC (5666); AP Acquisition Company Massachusetts LLC (7581); AP Acquisition Company Missouri LLC (7840); AP Acquisition Company New York LLC (7361); AP Acquisition Company North Carolina LLC (N/A); AP Acquisition Company Washington LLC (2773); Auto Plus Auto Sales LLC (6921); IEH AIM LLC (2233); IEH Auto Parts LLC (2066); IEH Auto Parts Puerto Rico, Inc. (4539); and IEH BA LLC (1428). The Debtors' service address is: 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30144.

[5]   Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures Order.

Qualified Bidders on May 12, 2023, with a deadline to submit bids of May 15, 2023.  The

Debtors will review received bids and file another notice of winning bidder(s) for Lot 9(d)

pursuant to the Bid Procedures.

The highest and best bids for Lots 1–9(c) were presented by the following bidders

(the "Winning Bidders") and the backup bids were presented by the following backup bidders

(the "Backup Bidders"):

| Lot[6] | Name of Winning Bidder | Name of Backup Bidder |
|---|---|---|
| Lot 1: Southeast | TPH Holdings, LLC | Elliott Auto Supply Co., Inc. d/b/a FMP |
| Lot 2: Mason City | Elliott Auto Supply Co., Inc. d/b/a FMP | XL Parts LLC and APH Stores Inc. |
| Lot 3: Florida | National Auto Parts Warehouse, LLC | TPH Holdings, LLC |
| Lot 4: Memphis | Elliott Auto Supply Co., Inc. d/b/a FMP | N/A |
| Lot 5: Texas | Marco Holdings I, LLC and Arnold Oil Company of Austin, L.P. | XL Parts LLC |
| Lot 6: Northeast | Fisher Auto Parts Inc. and Clutch Acquisition LLC | Elliott Auto Supply Co., Inc. d/b/a FMP |
| Lot 7: Marietta | Fisher Auto Parts Inc. and Clutch Acquisition LLC | Elliott Auto Supply Co., Inc. d/b/a FMP |
| Lot 8: Mid-Atlantic | Fisher Auto Parts Inc. and Clutch Acquisition LLC | Elliott Auto Supply Co., Inc. d/b/a FMP |
| Lot 9(a): Pep Boys | American Entertainment Properties Corp. | Carparts.com Inc. |
| Lot 9(b): IP | American Entertainment Properties Corp. | N/A |
| Lot 9(c): IT | American Entertainment Properties Corp. | N/A |

The Debtors consider the auction process for the Lots 1–9(c) to be closed.  However,

certain of these lots remain subject to finalization of an asset purchase agreement.  The Debtors

---

[6] The assets acquired by lot are attached hereto on **Exhibit 1**.

reserve the right to nullify the auction result, name a Backup Bidder the Winning Bidder, and close a transaction with that party(ies) if a mutually acceptable asset purchase agreement is not finalized with the current Winning Bidder in a timely manner.  The Debtors will file and serve an amended Notice of Winning Bids in such an instance.

The Debtors certify that they are working to provide, in coordination with the proposed assignee, the Winning Bidder's Adequate Assurance information to each affected Counterparty on a confidential basis.

Houston, Texas
Dated: May 13, 2023

/s/ *Genevieve M. Graham*

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Veronica A. Polnick (TX Bar No. 24079148)
Genevieve M. Graham (TX Bar No. 24085340)
Vienna Anaya  (TX Bar No. 24091225)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:      (713) 752-4200
Facsimile:      (713) 752-4221
Email:          vpolnick@jw.com
                ggraham@jw.com
                vanaya@jw.com
                emeraia@jw.com


*Counsel to the Debtors*
*and Debtors in Possession*

**LAW OFFICE OF LIZ FREEMAN**
Elizabeth C. Freeman (TX Bar No. 2400922)
PO Box 61209
Houston, TX 77208-1209
Telephone:  (832) 779-3580
Email:  liz@lizfreemanlaw.com

*Co-Counsel and Conflicts Counsel*
*for the Debtors*

**Schedule 2(a)**

**Winning Bid – NorthEast Lot**

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 10526 | S Park Street Hartford | CT | 1200 Park Street LLC | 2074 Park Street, Suite 101 Hartford, CT 06106 | IEH Auto Parts LLC | 1200 Park Street Hartford, CT 06106 | $0.00 | Initial Cure List |
| 2. | 10331 | S Main St. Deep River | CT | 449-500 Main LLC | 500 Main St., Ste. 5 Deep River, CT 06417 | IEH Auto Parts LLC | 448 Main St. Deep River, CT 06417 | $0.00 | Initial Cure List |
| 3. | 10508 | S Waverly Street Framingham | MA | 464 Waverly Street Realty | 2 Cedar St. Framingham, MA 01702 | IEH Auto Parts LLC | 494 Waverly Street Framingham, MA 01701 | $0.00 | Initial Cure List |
| 4. | 10005 | S Walnut St. Peabody | MA | 77 Walnut Street Realty Trust | 75 Walnut St. Peabody, MA 01960 | IEH Auto Parts LLC | 77 Walnut St Peabody, MA 01960 | $0.00 | Initial Cure List |
| 5. | 10519 | S Winter Street Haverhill | MA | 86 Winter Street, LLC | 9177 Mercato Way Naples Louise Penta, FL 34108 | IEH Auto Parts LLC | 86 Winter Street Haverhill, MA 01830 | $0.00 | Initial Cure List |
| 6. | 10062 | S Union Street Attleboro | MA | Attleboro Area Industrial Museum Inc. | 42 Union St. Attleboro, MA 02703 | IEH Auto Parts LLC | 42 Union St. Attleboro, MA 02703 | $0.00 | Initial Cure List |
| 7. | 10521 | S Washington Street Gloucester | MA | Braga Ventures Three, LLC | 132 Washington St. Gloucester, MA 01930 | IEH Auto Parts LLC | 11 Whistle Stop Way Gloucester, MA 01930 | $0.00 | Initial Cure List |
| 8. | 10510 | S Broadway | MA | BroadwayCanal Management | 599 Canal Street Lawrence, MA 01840 | IEH Auto Parts LLC | 7 Broadway - Rte. 28 Lawrence, MA 01842 | $0.00 | Initial Cure List |

1

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 9. | 10500 | S Fortune Blvd Milford | MA | CAP Properties - Milford A, LLC | Four Seasons Residence 1 Dalton Street, Apt 3502 Boston, MA 02115 | IEH Auto Parts LLC | 75 Fortune Blvd. Milford, MA 01757 | $0.00 | Initial Cure List |
| 10. | 10502 | S Park Avenue Worcester | MA | CAP Properties 123, LLC | Four Seasons Residence 1 Dalton Street, Apt 3502 Boston, MA 02115 | IEH Auto Parts LLC | 597 Park Ave. Worcester, MA 01603 | $0.00 | Initial Cure List |
| 11. | 10503 | S John Fitch Highway Fitchburg | MA | CAP Properties 123, LLC | Four Seasons Residence 1 Dalton Street, Apt 3502 Boston, MA 02115 | IEH Auto Parts LLC | 84 John Fitch Hwy. Fitchburg, MA 01420 | $0.00 | Initial Cure List |
| 12. | 10506 | S Main Street Southbridge | MA | CAP Properties Southbridge LLC | Four Seasons Residence 1 Dalton Street, Apt 3502 Boston, MA 02115 | IEH Auto Parts LLC | 380 Main St. Southbridge, MA 01550 | $0.00 | Initial Cure List |
| 13. | 10712 | Auto Plus Auto Parts - Pittsfield | MA | Carberry6, LLC | 7 Cottage St. Natick, MA 01760 | AP Acquisition Company Massachusetts LLC | 113 West St. Pittsfield, MA 01201 | $0.00 | Initial Cure List |
| 14. | 10713 | Auto Plus Auto Parts - Lee | MA | Carberry6, LLC | 7 Cottage St. Natick, MA 01760 | AP Acquisition Company Massachusetts LLC | 9 Railroad St. Lee, MA 01238 | $0.00 | Initial Cure List |
| 15. | 10007 | S S Main St Pascoag | RI | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 26 South Main St. Pascoag, RI 02859 | $0.00 | Initial Cure List |
| 16. | 10184 | S Carlon Drive Northampton | MA | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 125 Carlon Dr. Northampton, MA 01060 | $0.00 | Initial Cure List |

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|----|----|----|----|----|----|----|----|----|
| 17. | 10185 | S University Dr. Amherst | MA | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 205 University Dr. Amherst, MA 01002 | $0.00 | Initial Cure List |
| 18. | 10270 | S Bradford Street Albany | NY | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 272 Bradford St. Albany, NY 12206 | $0.00 | Initial Cure List |
| 19. | 10511 | S French King Highway Greenfield | MA | Dunphy Real Estate | 63 French King Highway Greenfield, MA 01301-1325 | IEH Auto Parts LLC | 63 French King Highway Greenfield, MA 01301 | $0.00 | Initial Cure List |
| 20. | 10253 | 10253 - GREEN ISLAND-10253 | NY | Grimm Building Materials Company, Inc. | PO Box 157 Troy, NY 12181 | IEH Auto Parts LLC | 13 Cannon St. Green Island, NY 12183 | $0.00 | Initial Cure List |
| 21. | 10504 | S Main St Marlboro | MA | Kariff Corporation | 107 Audubon Road, 2-301 Wakefield, MA 01880 | IEH Auto Parts LLC | 31 Main St. Marlborough, MA 01752 | $0.00 | Initial Cure List |
| 22. | 10513 | S Chelmsford Street Lowell | MA | L.A.A. Realty Trust | 4 Foundry Street Lowell, MA 01852 | IEH Auto Parts LLC | 456 Chelmsford St. Lowell, MA 01851 | $0.00 | Initial Cure List |
| 23. | 18071 | W Littlefield Street | MA | MCP III Littlefield LLC | 201 Washington Street, Suite 2100 Boston, MA 02108 | IEH Auto Parts LLC | 57 Littlefield St. Avon, MA 02322 | $0.00 | Initial Cure List |
| 24. | 10317 | S Farmington Ave Farmington | CT | Motor Supply Company, Inc. | P.O. Box 378 Unionville, CT 06085 | IEH Auto Parts LLC | 1371 Farmington Ave. Farmington, CT 06032 | $0.00 | Initial Cure List |

36195083v.3 163883/00001

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 25. | 10480 | 10480 - UNION-10480 | NJ | NRCW Holdings, Inc. | 22 Park Rd. Short Hills, NJ 07078 | IEH Auto Parts LLC | 1120 Morris Ave. Union, NJ 07083 | $0.00 | Initial Cure List |
| 26. | 18017 | Union DC | NY | NRCW Holdings, Inc. | 22 Park Rd. Short Hills, NJ 07078 | IEH Auto Parts LLC | 1120 Morris Ave. Union, NJ 07083 | $0.00 | Initial Cure List |
| 27. | 10131 | S Hall Street Lowell | MA | Richards Auto Supply, Inc. | 131 D. W. Hwy., 534 Nashua, NH 03060 | IEH Auto Parts LLC | 98 Hall St. Lowell, MA 01854 | $0.00 | Initial Cure List |
| 28. | 10514 | S First Street Blvd Lowell | MA | SAALDA 1st Street Realty LLC | 31 1st Street Lowell, ME 01850 | IEH Auto Parts LLC | 39 First Street Blvd. Lowell, MA 01850 | $0.00 | Initial Cure List |
| 29. | 10523 | S Belmont Avenue Springfield | MA | Trustees of 88-90 Birnie Ave. Realty Trust | 15 Great Brook Dr. Southwick, MA 01077 | IEH Auto Parts LLC | 585 Belmont Avenue Springfield, MA 01108 | $0.00 | Initial Cure List |

36195083v.3 163883/00001

**Schedule 2(b)**

**Winning Bid – Mid-Atlantic Lot**

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 10710 | AutoPlus - Bronx | NY | 1170 River, LLC | 46 Church Tavern Rd. South Salem, NY 10590 | AP Acquisition Company Missouri LLC | 1170 Bronx River Ave. Bronx, NY 10472 | $0.00 | Initial Cure List |
| 2. | 10432 | S Lake Walton Rd Hopewell Junction | NY | 152 Fishkill LLC | 151 N. Main Street, Suite 400 New City, NY 10956 | IEH Auto Parts LLC | 49 Elm St. Fishkill, NY 12524 | $0.00 | Initial Cure List |
| 3. | 10470 | 10470 - DOYLESTOWN- 10470 | PA | 4059 Doylestown Acquisition, LLC | PO Box 777 Rhinebeck, NY 12572 | IEH Auto Parts LLC | 4059 Skyron Dr. Doylestown, PA 18902 | $0.00 | Initial Cure List |
| 4. | 18070 10390 | W Westphalia Rd Upper Marlboro | MD | 8420 Westphalia Road LLC c/o Hartz Mountain Industries, Inc. | 500 Plaza Drive, PO Box 1515 | IEH Auto Parts LLC | 8420 Westphalia Rd. Upper Marlboro, MD 20772 | $9,895.82[1] | Initial Cure List |
| 5. | 10403 | 10403 - DELHI- 10403 | NY | Asher Development, LLC | PO Box 310 Dorset, VT 05251 | IEH Auto Parts LLC | 10 Kingston St. Delhi, NY 13753 | $0.00 | Initial Cure List |

---

[1] This revised cure amount from the Initial Cure List resolves the Landlord's informal objection.

1

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 6. | 10410 | 10410 - NORWICH-10410 | NY | Asher Development, LLC | PO Box 310 Dorset, VT 05251 | IEH Auto Parts LLC | 107-109 E. Main St. Norwich, NY 13815 | $0.00 | Initial Cure List |
| 7. | 10467 | 10467 - LEBANON-10467 | PA | Bamberger's Inc. | 122 Schneider Dr. Lebanon, PA 17046 | IEH Auto Parts LLC | 122 Schneider Dr. Lebanon, PA 17046 | $0.00 | Initial Cure List |
| 8. | 10412 | 10412 - GREAT BEND-10412 | PA | Bridgewater Church | 107 Church St. Montrose, PA 18801 | IEH Auto Parts LLC | 716 New York Ave Hallstead, PA 18822 | $0.00 | Initial Cure List |
| 9. | 10573 | S Liberty Road Eldersburg | MD | c/o MasDyLandCo LLC | 15240 Frederick Road Woodbine, MD 21797 | IEH Auto Parts LLC | 5410 Klee Mill Rd. South Sykesville, MD 21784 | $0.00 | Initial Cure List |
| 10. | 10001 | 10001 - SYRACUSE-10001 | NY | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 210 Lemoyne St. Syracuse, NY 13208 | $0.00 | Initial Cure List |
| 11. | 10408 | 10408 - CORTLAND-10408 | NY | Cortland Squires LLC | 18-10 26 Road Astoria, NY 11102 | IEH Auto Parts LLC | 21B Squires St. Cortland, NY 13045 | $0.00 | Initial Cure List |
| 12. | 10681 | S Tyco Road | VA | Crown Tyco Road LLC | 8391 Old Courthouse Rd., Ste. 210 Vienna, VA 22182 | IEH Auto Parts LLC | 8524-C Tyco Rd. Vienna, VA 22180 | $0.00 | Initial Cure List |

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|-----|---|---|---|---|---|---|---|---|
| 13. | 10435 | S Delavergne Ave Wappingers Falls | NY | Dantricia Realty Inc. | 70 Patricia Ln. Clinton Corners, NY 12514 | IEH Auto Parts LLC | 18 DeLavergne Ave. Wappinger Falls, NY 12590 | $0.00 | Initial Cure List |
| 14. | 10476 | 10476 - FOLCROFT-10476 | PA | David Lea Company | 11000 Atrium Way, AIM M05-302-121 Mt Laurel, NJ 08054 | IEH Auto Parts LLC | 44 Primos Ave. Folcroft, PA 19032 | $0.00 | Initial Cure List |
| 15. | 10406 | 10406 - WALTON-10406 | NY | Delaware St. Walton, LLC | 543 Lower Hollow Road Dorset, VT 05251 | IEH Auto Parts LLC | 211 Delaware St. Walton, NY 13856 | $0.00 | Initial Cure List |
| 16. | 10562 | S Old Annapolis Rd. Severn | MD | Disney Road Associates LLC | 6005 Avalon Drive Elkridge, MD 21075-5985 | IEH Auto Parts LLC | 2604 Annapolis Rd. Severn, MD 21144 | $0.00[2] | Initial Cure List |
| 17. | 10404 | 10404 - WHITNEY POINT-10404 | NY | Edward M. Stolarcyk | P.O. Box 736 Whitney Point, NY 13862 | IEH Auto Parts LLC | 2902 Us-11 Whitney Point, NY 13862 | $0.00 | Initial Cure List |
| 18. | 10587 | S AUTO PLUS-STAFFORD | VA | FF & H Enterprises | 208 Madison Cir. Locust Grove, VA 22508 | IEH Auto Parts LLC | 3225 Jeff Davis Hwy. Stafford, VA 22554 | $0.00 | Initial Cure List |

[2] The Landlord filed its *Objection of Disney Road Associates, LLC to Initial Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 413], asserting the cure amount should be $27,950.24, which the Debtors dispute and are working to resolve on a consensual basis.

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 19. | 10588 | S AUTO PLUS-WARRENTON | VA | Frost Family LLC | 98 Dolphin Point Dr. Beaufort, SC 29907 | IEH Auto Parts LLC | 245 West Shirley Ave. Warrenton, VA 20186 | $0.00 | Initial Cure List |
| 20. | 10567 | S Crofton Blvd Brinkley | MD | Gardiner Realty and Development Company | 2144 Priest Bridge Court, Suite 1 Crofton, MD 21114 | IEH Auto Parts LLC | 2146 Priest Bridge Court Suites 9, 10, 11, 17 and 18, Building E Crofton, MD 21114 | $6,789.14[3] | Initial Cure List |
| 21. | 10466 | 10466 - KENHORST-10466 | PA | Getty Properties Corp. | 125 Jericho Turnpike, Suite 103 Jericho, NY 11753 | IEH Auto Parts LLC | 1009 Brooke Boulevard Reading, PA 19607 | $4,436.14[4] | Initial Cure List |
| 22. | 10578 | 10578 - RUNNEMEDE-10578 | NJ | GKI Infill Philadelphia LLC | 9450 W Bryn Mawr, Suite 750 Rosemont, IL 60018 | IEH Auto Parts LLC | 165 East 9th Avenue Runnemede, NJ 08078 | $0.00[5] | Initial Cure List |
| 23. | 10559 | S Kunz Ave. Yord | PA | Gradison Management | 140 S Main Street Manchester, PA 17345 | IEH Auto Parts LLC | 135 Kurtz Ave. York, PA 17403 | $0.00 | Initial Cure List |

[3] The Landlord filed its *Objection of 2144 Priest Bridge Court, LLC to Initial Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 459], asserting the cure amount should be $6,789.14, which the Debtors are working to resolve on a consensual basis.

[4] This revised cure amount from the Initial Cure List resolves the Landlord's informal objection.

[5] The Landlord filed its *Objection of GKI Infill Philadelphia, LLC Initial Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 415], asserting the cure amount should be $2,199.66, which the Debtors have already paid and are working to resolve on a consensual basis.

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 24. | 10709 | 10709 - AUTO PLUS - HALEDON - 10709 | NJ | H and L Holdings Inc. | 396 Van Winkle Ave. Hawthorne, NJ 07506 | IEH Auto Parts LLC | 269-273 Haledon Ave. Haledon, NJ 07508 | $0.00 | Initial Cure List |
| 25. | 10260 | 10260 - ENDICOTT- 10260 | NY | Harrison Group, Inc. | 616 Stratmill Road Binghamton, NY 13904 | IEH Auto Parts LLC | 311 Harrison Ave Endicott, NY 13760 | $0.00 | Initial Cure List |
| 26. | 10458 | 10458 - AUTO PLUS - PENNDEL- 10458 | PA | Ingress Properties Penndel, LLC | 411 Garden State Drive Cherry Hill, NJ 08002 | IEH Auto Parts LLC | 145 Lincoln Ave. Langhorne, PA 19047 | $0.00 | Initial Cure List |
| 27. | 10698 | 581 Eastern Blvd. South | MD | James McGarity | 13007 Lance Cir. Hagerstown, MD 21742 | IEH Auto Parts LLC | 581 Eastern Blvd. S. Hagerstown, MD 21740 | $0.00 | Initial Cure List |
| 28. | 10554 | S St. Clair Place Stevensville | MD | John & Jean Duty Rental, LLC | 707 Dulan Clark Rd. Centerville, MD 21617 | IEH Auto Parts LLC | 114 St. Clair Place Ste. 101 Stevensville, MD 21666 | $0.00 | Initial Cure List |
| 29. | 10431 | 10431 - SUFFERN- 10431 | NY | John Piccininni | 37 Ramland Road Orangeburg, NY 10962 | IEH Auto Parts LLC | 351 Spook Rock Rd Suffern, NY 10901 | $0.00 | Initial Cure List |
| 30. | 10460 | 10460 - KING OF PRUSSIA- 10460 | PA | Kunda Prussia | 349 South Henderson Rd. King of Prussia, PA 19406 | IEH Auto Parts LLC | 349 South Henderson Rd. King of Prussia, PA 19406 | $0.00 | Initial Cure List |

5

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 31. | 10683 | S Mathis Ave. | VA | Mathis Avenue Partnership | 8577-D Sudley Rd. Manassas, VA 22110 | IEH Auto Parts LLC | 9111 Mathis Ave. Manassas, VA 20110 | $0.00 | Initial Cure List |
| 32. | 10485 | 10485 - AUTO PLUS - EDISON - 10485 | NJ | McGlone Realty Resources, L.P. | 40 Brunswick Ave., P.O. Box 594 Edison, NJ 08818-0594 | IEH Auto Parts LLC | 40 Brunswick Ave. Edison, NJ 08817 | $0.00 | Initial Cure List |
| 33. | 10557 | S Governor Court Edgewood | MD | MDH F2 BAL Governor Ct, LLC | 3715 Northside Parkway NW, Ste. 4-240 Atlanta, GA 30327 | IEH Auto Parts LLC | 1305 Governor Court Abingdon, MD 21009 | $0.00[6] | Initial Cure List |
| 34. | 10560 | S Frankford Ave. Baltimore | MD | Merritt-GR2, LLC | 2066 Lord Baltimore Dr. Baltimore, MD 21244 | IEH Auto Parts LLC | 6943 Golden Ring Rd. Baltimore, MD 21237 | $0.00 | Initial Cure List |
| 35. | 10576 | S Golden Ring Road Golden Ring | MD | Merritt-GR2, LLC | 2066 Lord Baltimore Dr. Baltimore, MD 21244 | IEH Auto Parts LLC | 6945 Golden Ring Rd. Baltimore, MD 21237 | $0.00 | Initial Cure List |
| 36. | 10680 | S Carlin Springs Rd | VA | Metropolitan Real Estate Services, LLC | 6205 Old Keene Mill Court, Suite 100 Springfield, VA 22152 | IEH Auto Parts LLC | 3439 Carlin Springs Rd. Baileys Crossing, VA 22041 | $0.00 | Initial Cure List |

---

[6] The Landlord filed its *Objection of MDH F2 Bal Governor CT, LLC to Debtors' Initial Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 411], asserting the cure amount should be $2,643.73, which the Debtors have already paid and should therefore be resolved.

36195083v.3 163883/00001

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 37. | 10716 | Auto Plus - Pearl River 10716 | NY | Miele Holding Corp. | 29 Rochelle Dr. New City, NY 10956 | AP Acquisition Company New York LLC | 130 North Middletown Rd. Pearl River, NY 10965 | $0.00 | Initial Cure List |
| 38. | 10686 | S Maries Rd | VA | N&R, LLC | 44710 Cape Court 136Ashburn, VA 20147 | IEH Auto Parts LLC | 45915 Maries Rd. Unit 192 Sterling, VA 20166 | $0.00 | Initial Cure List |
| 39. | 10565 | 10565 - WILMINGTON-10565 | DE | Pramukh Property, LLC | 34 Celestial Way Newark, DE 19711 | IEH Auto Parts LLC | 3315 Old Capitol Trail Wilmington, DE 19808 | $0.00 | Initial Cure List |
| 40. | 10484 | 10484 - EAST RUTHERFORD-10484 | NJ | RCW Rutherford Realty, LLC | 22 Park Rd. Short Hills, NJ 07078 | IEH Auto Parts LLC | 810 Paterson Avenue Rutherford East, NJ 07073 | $0.00 | Initial Cure List |
| 41. | 10558 | S East Main Street Rising Sun | MD | Ruth M. White | 63 Simmers Rd. Rising Sun, MD 21911 | IEH Auto Parts LLC | 201 East Main St. Rising Sun, MD 21911 | $0.00 | Initial Cure List |
| 42. | 10534 | W 69th Place Woodside | NY | Suweb Realty Inc. | 69-37 50th Ave. Woodside, NY 11377 | IEH Auto Parts LLC | 50-36 69th Place Woodside, NY 11377 | $0.00 | Initial Cure List |
| 43. | 10553 | S Washington Ave. Chestertown | MD | TKSC, L.L.C. | 814 Stiles Ct. Joppa, MD 21085 | IEH Auto Parts LLC | 517 Washington St. Chestertown, MD 21620 | $0.00 | Initial Cure List |

36195083v.3 163883/00001

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 44. | 10555 | S Flint Dr. North East | MD | TKSC, L.L.C. | 814 Stiles Ct. Joppa, MD 21085 | IEH Auto Parts LLC | 24 Flint Dr. North East, MD 21901 | $0.00 | Initial Cure List |
| 45. | 10563 | S Creamery Lane Easton | MD | Trintaudon LLC | 8977 Mistletoe Dr. Easton, MD 21601 | IEH Auto Parts LLC | 8977 Mistletoe Dr. Building 2 Easton, MD 21601 | $0.00 | Initial Cure List |
| 46. | 10561 | S Tuc Road Westminster | MD | Tuc Rentals, LLC | 7 Tuc Rd., Ste. E Westminster, MD 21157 | IEH Auto Parts LLC | 7 Tuc Rd. Westminster, MD 21157 | $0.00 | Initial Cure List |
| 47. | 10411 | 10411 - HAMILTON-10411 | NY | Utica Road Hamilton, LLC | 543 Lower Hollow Road Dorset, VT 05251 | IEH Auto Parts LLC | 2393 Rt 12B Hamilton, NY 13346 | $0.00 | Initial Cure List |
| 48. | 10682 | S Terminal Road | VA | V - NBC, LLC | 1420 Spring Hill Rd., Ste. 230 McLean, VA 22102 | IEH Auto Parts LLC | 8535 Terminal Rd. Stes. D and E Lorton, VA 22079 | $0.00 | Initial Cure List |
| 49. | 10471 | 10471 - SOUDERTON-10471 | PA | Velocity Ventures | 921 Cross Rd. Schwenksville, PA 19473 | IEH Auto Parts LLC | 3425 Bethlehem Pike Souderton, PA 18964 | $0.00[7] | Initial Cure List |
| 50. | 10550 | S 331 Baltimore Pike Bel Air | MD | W-4 LLC | 109 E. Jarrettsville Rd. Forest Hill, MD 21050 | IEH Auto Parts LLC | 2203 Commerce Rd. Forest Hill, MD 21050 | $0.00 | Initial Cure List |

[7] The Landlord filed its *Objection of Velocity Ventures To Cure Amounts and Reservation of Rights* [Docket No. 389], asserting the cure amount should be $116,776.40, which the Debtors dispute and are working to resolve.

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 51. | 10717 | Auto Plus - Nanuet 10717 | NY | Warriner Plumbing & Heating LLC | 1073 Route 94, Suite 22 New Windsor, NY 12553 | AP Acquisition Company New York LLC | 95 New Clarkstown Rd. Nanuet, NY 10954-5205 | $0.00 | Initial Cure List |
| 52. | 10711 | AutoPlus - Sheridan | NY | West Farms Realty LLC | 1250 Waters Pl., PH1 Bronx, NY 10461 | IEH Auto Parts LLC | 1460 Sheridan Expwy. Bronx, NY 10459 | $0.00 | Initial Cure List |
| 53. | 10687 | S Broadview Ave. | VA | WFC, LLC | 7551 Foxview Drive Warrenton, VA 20186 | IEH Auto Parts LLC | 60 Broadview Ave. Warrenton, VA 20186 | $0.00 | Initial Cure List |
| 54. | 10452 | S Entre CT. | VA | WHB Owner, LLC | 360 S Rosemarv Avenue, Suite 1020 West Palm Beach, FL 33401 | IEH Auto Parts LLC | 4262 Entre Center Chantilly, VA 20151 | $0.00 | Initial Cure List |
| 55. | 10688 | S Progress Ct. | VA | WMB, L.C. | 13275 University Blvd Gainesville, VA 20155 | IEH Auto Parts LLC | 13285 University Blvd Gainesville, VA 20155 | 0.00[8] | Initial Cure List |

---

[8] The Landlord filed its *Objection by WMB, L.C. to Proposed Cure Amount* [Docket No. 417], asserting the cure amount should be $10,486.61. The Debtors are currently in the process of documenting a lease amendment whereby the landlord agrees to waive this cure amount. Therefore, this objection has been resolved.

9

**Schedule 2(c)**

**Winning Bid – Mid-Atlantic Lot**

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|----|--------------------|-------|---------------|------------------|---------------|------------------|------|--------------|
| 1. | 10166 | S 166 Rochester-Adelaide | NY | 54 Adelaide Street, LLC | 1 Bason View Dr. Pittsford, NY 14534 | IEH Auto Parts LLC | 54 Adelaide St. Rochester, NY 14606 | $0.00 | Initial Cure List |
| 2. | 10168 | S East Main St. Avon | NY | Avon Town Plaza LLC | 835 East Main Street Rochester, NY 14605 | IEH Auto Parts LLC | 275 East Main St Avon, NY 14414 | $0.00 | Initial Cure List |
| 3. | 10015 | S Lovedale Rd Elizabeth | PA | Bryce D. McLay | 908 Sawgrass Dr. Greensburg, PA 15601 | IEH Auto Parts LLC | 100 Lovedale Rd. Elizabeth, PA 15037 | $0.00 | Initial Cure List |
| 4. | 10020 | S Salem Ave Dayton | OH | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 3941 Salem Ave. Dayton, OH 45406 | $0.00 | Initial Cure List |
| 5. | 10053 | S E Main St. Clarion | PA | Clarit Realty, Ltd. | 9040 Town Center Parkway Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 1227 East Main St. Clarion, PA 16214 | $0.00 | Supplemental Cure List |
| 6. | 10060 | S Pickering Road Brookville | PA | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 30 Pickering St. Brookville, PA 15825 | $0.00 | Initial Cure List |
| 7. | 10140 | S Andover Rd Wellsville (East) | NY | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 3377 Andover Rd. Wellsville, NY 14895 | $0.00 | Initial Cure List |

1

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 8. | 10141 | S Edward St Arcade(East) | NY | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 28 Edward St. Arcade, NY 14009 | $0.00 | Initial Cure List |
| 9. | 10142 | S Seneca St Hornell (East) | NY | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 195 Seneca St. Hornell, NY 14843 | $0.00 | Initial Cure List |
| 10. | 10143 | S Washington St. Jamestown (West) | NY | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 908 Washington St. Jamestown, NY 14701 | $0.00 | Initial Cure List |
| 11. | 10167 | S St. Paul St. Rochester | NY | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 1281 St. Paul St Rochester, NY 14621 | $0.00 | Initial Cure List |
| 12. | 10200 | S Hinckley Pkwy. Cleveland | OH | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 4565 Hinckley Pkwy. Cleveland, OH 44109 | $0.00 | Initial Cure List |
| 13. | 10231 | S William Street Buffalo | NY | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 1501 William St. Buffalo, NY 14206 | $0.00 | Initial Cure List |
| 14. | 10400 | 10400 - BINGHAMTON- 10400 | NY | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 111 Clinton St. Binghamton, NY 13901 | $0.00 | Initial Cure List |
| 15. | 10625 | S AUTO PLUS- ATHENS OH | OH | Cornwell Properties of Athens Outside LLC | 23 North Court St. Athens, OH 45701 | IEH Auto Parts LLC | 600 East State St. Athens, OH 45701 | $0.00 | Initial Cure List |

2

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|----|-----|------|------|------|------|------|------|------|
| 16. | 10209 | S Middle Ave Elyria | OH | Edward L. Kovachy Trust | 8412 Lewis Rd. Olmsted Falls, OH 44108 | IEH Auto Parts LLC | 630 Middle Ave Elyria, OH 44035 | $0.00 | Initial Cure List |
| 17. | 10169 | S Lakeville Rd. Geneseo | NY | GBR Lakeville Limited Liability Company | 225 Liberty Street, 31st floor New York, NY 10281-1058 | IEH Auto Parts LLC | 4143 Lakeville Rd Geneseo, NY 14454 | $0.00[9] | Initial Cure List |
| 18. | 10173 | S Kepner Rd Canandaigua | NY | Gemcole Properties, Inc | 2495 Brickyard Road Canandaigua, NY 14424 | IEH Auto Parts LLC | 2495 Brickyard Road Canandaigua, NY 14424 | $0.00 | Initial Cure List |
| 19. | 10172 | S East Main Street Webster | NY | James Guck | 85 Donovan St. Webster, NY 14580 | IEH Auto Parts LLC | 101 Commercial St. Webster, NY 14580 | $0.00 | Initial Cure List |
| 20. | 10145 | S Rt.415 North Bath(East) | NY | JMC Rentals, LLC | 7284 Coon Road Bath, NY 14810 | IEH Auto Parts LLC | 7172 State Route 54 Bath, NY 14810 | $0.00 | Initial Cure List |
| 21. | 10010 | S Wolf Lane Bridgewater | PA | Jo Pa Development LLC | 501 Steel St. Aliquippa, PA 15001 | IEH Auto Parts LLC | 100 Wolf Ln. Bridgewater, PA 15009 | $0.00 | Initial Cure List |
| 22. | 10160 | S Pittsburgh Rd. Valencia | PA | Justin N. Castello | 122 Butler St. Ext Valencia, PA 16059 | IEH Auto Parts LLC | 1388 Pittsburgh Rd Valencia, PA 16059 | $0.00 | Initial Cure List |

[9] The Landlord filed its *Objection of National Realty & Development Corp. to Initial Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 378], asserting the cure amount should be $15,355.81, which the Debtors dispute and are working to resolve on a consensual basis.

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 23. | 10170 | S N. Main St. Honeoye Falls | NY | Magnet Development LLC | 60 Browns Race, Suite 200 Rochester, NY 14614 | IEH Auto Parts LLC | 58 N. Main St. Honeoye Falls, NY 14472 | $0.00 | Initial Cure List |
| 24. | 10236 | S Lincoln Ave Lockport | NY | Mihpier Company, Inc. | 6404 Robinson Rd. Lockport, NY 14095 | IEH Auto Parts LLC | 5714 South Transit Road Lockport, NY 14094 | $0.00 | Initial Cure List |
| 25. | 10112 | S Factory Ave Ellwood City | PA | Stinson Property Holdings, LLC | 2072 Bridge St. Ellwood City, PA 16117 | IEH Auto Parts LLC | 910 Factory Ave Ellwood City, PA 16117 | $0.00 | Initial Cure List |
| 26. | 10631 | S AUTO PLUS- POMEROY | OH | Village of Pomeroy | 660 East Main Street Pomeroy, OH 45769 | IEH Auto Parts LLC | 600 East Main St. Pomeroy, OH 45750 | $0.00 | Initial Cure List |
| 27. | 10626 | S AUTO PLUS- BARNESVILLE | OH | W.D.A., Inc. | P.O. Box 568 Marietta, OH 45750 | IEH Auto Parts LLC | 123 North Chestnut St. Store #702 Barnesville, OH 43713 | $0.00 | Initial Cure List |
| 28. | 10627 | S AUTO PLUS- WATERFORD | OH | W.D.A., Inc. | P.O. Box 568 Marietta, OH 45750 | IEH Auto Parts LLC | 20101 State Rte. 339 Waterford, OH 45786 | $0.00 | Initial Cure List |
| 29. | 10628 | S AUTO PLUS- CALDWELL | OH | W.D.A., Inc. | P.O. Box 568 Marietta, OH 45750 | IEH Auto Parts LLC | 218 West St. Caldwell, OH 43724 | $0.00 | Initial Cure List |
| 30. | 10630 | S AUTO PLUS- PARKERSBURG | WV | W.D.A., Inc. | P.O. Box 568 Marietta, OH 45750 | IEH Auto Parts LLC | 1301 Garfield Ave. Parkersburg, WV 26101 | $0.00 | Initial Cure List |

36195083v.3 163883/00001

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 31. | 10632 | S AUTO PLUS- WOODSFIELD | OH | W.D.A., Inc. | P.O. Box 568 Marietta, OH 45750 | IEH Auto Parts LLC | 209 South Main St. Woodsfield, OH 43793 | $0.00 | Initial Cure List |
| 32. | 10633 | S AUTO PLUS- MARIETTA OH | OH | W.D.A., Inc. | P.O. Box 568 Marietta, OH 45750 | IEH Auto Parts LLC | 321 Second St. Marietta, OH 45750 | $0.00 | Initial Cure List |
| 33. | 10634 | S AUTO PLUS- MARIETTA WHS ST | OH | W.D.A., Inc. | P.O. Box 568 Marietta, OH 45750 | IEH Auto Parts LLC | 123 Tennis Center Drive Marietta, OH 45750 | $0.00 | Initial Cure List |
| 34. | 10635 | S AUTO PLUS- AUTO PAINT | OH | W.D.A., Inc. | P.O. Box 568 Marietta, OH 45750 | IEH Auto Parts LLC | 131 Second St. Marietta, OH 45750 | $0.00 | Initial Cure List |
| 35. | 18043 | W Tennis Center Drive Marietta | NY | W.D.A., Inc. | P.O. Box 568 Marietta, OH 45750 | IEH Auto Parts LLC | 121 Tennis Center Drive Marietta, OH 45750 | $0.00 | Initial Cure List |
| 36. | 10238 | S State St Olean | NY | West State Auto Parts, LLC | 1089 Witherell Drive Olean, NY 14760 | IEH Auto Parts LLC | 815 W. State St. Olean, NY 14760 | $0.00 | Initial Cure List |

36195083v.3 163883/00001

**Schedule 3**
[*Leases Subject to Possible Assumption But Not Previously Included on a Cure List*]

| # | LOT | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure |
|---|-----|-----|------|-------|---------------|------------------|---------------|------------------|------|
| 1. | Midatlantic | 10473 | 10473 - PHILADELPHIA-10473 | PA | 2383 Church LLC | 10 Highpoint Drive Medford, NJ 08055<br><br>Attn: Sigmund J. Fleck, Esquire Brown McGarry Nimeroff LLC 158 West Gay Street, Suite 200 West Chester, PA 19380 sfleck@bmnlawyers.com | IEH Auto Parts LLC | 2383 Church Street Philadelphia, PA 19124 | $0.00 |
| 2. | Northeast | 10524 | S Massachusetts Ave Boston (Fire dept) | MA | Office of the Commonwealth – Operational Services Division | 1 Ashburton Pl Room #1313 Boston, MA 02118 Lisa.westgate@state.ma.us | IEH Auto Parts LLC dba Auto Plus Auto Parts | 901 N Lenola Road Moorestown, NJ 08057 | $0.00 |

1