# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 23-90054 (CML) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 208** |
| IEH AUTO PARTS HOLDING LLC, *et al.*, | |
| Debtors. | |

## NOTICE OF ASSUMPTION AND ASSIGNMENT OF DESIGNATED CONTRACTS TO TPH HOLDINGS, LLC

On January 31, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

On February 10, 2023, the Debtors filed a motion [Docket No. 96] (the "Bid Procedures Motion") with the Court seeking entry of orders, among other things authorizing and approving (a) the sale of the Assets free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options, and interests except to the extent otherwise set forth in the purchase agreement executed by the Debtors and the Winning Bidder or Backup Bidder, (b) the assumption and assignment of Designated Contracts (if any), and (c) granting related relief.[1]

On March 10, 2023, the Court entered an order [Docket No. 208] (the "Bid Procedures Order") approving, among other things, the Assumption and Assignment Procedures, which establish the process by which any executory contracts designated by the Winning Bidder or Backup Bidder shall be assumed and assigned to the Winning Bidder or Backup Bidder, as applicable. **All recipients of this notice should carefully read the Bid Procedures Order and the Assumption and Assignment Procedures in their entirety.**

On May 13, 2023, the Debtors filed with the Court the Notice of Winning Bids at Docket No. 514 (the "Notice of Winning Bids"). The Notice of Winning Bids is attached as **Schedule 1** and discloses the Winning Bid and Backup Bid for the lots as listed. The Notice of Winning Bids, includes a Proposed Assumed Leases List and/or Proposed Assumed Executory Contracts List[2] for each lot, as applicable. The inclusion of a lease or contract shall not (a) obligate the Debtors to assume or assign such lease or contract or (b) constitute any admission or agreement by the Debtors that such lease or contract is an executory contract. Only those leases or contracts that are included

---

[1] Capitalized terms used but not defined have the meanings ascribed to them in the Bid Procedures Motion.

[2] As those terms are used in the Notice of Winning Bids.

on a schedule of assumed and acquired leases or contracts attached to definitive documentation in the Sale that is approved by the Sale Order will be assumed and assigned.

Copies of the Bid Procedures, Bid Procedures Motion, the Bid Procedures Order, the Notice of Winning Bid, and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://kccllc.net/autoplus.

### Potential Assignment of Designated Contracts to the Winning Bidder and/or Backup Bidder

You are receiving this notice (the "**Assignment Notice**") because you are a counterparty to the executory contract(s) listed on **Schedule 2** and **Schedule 4**, which the Debtors are proposing to assume and assign to the Winning Bidder, TPH Holding, LLC ("**TPH**"), in connection with the Sale (the "**Designated Contracts**"). Additionally, you may be a counterparty to the Designated Contracts listed on **Schedule 3**, which the Debtors are proposing to assume and assign to TPH as Backup Bidder in the event the Winning Bidder, National Auto Parts Warehouse, LLC, does not consummate the proposed Sale of those lots.

A.    **Cure Amounts**

Section 365(b)(1) of the Bankruptcy Code requires a debtor to cure, or provide adequate assurance that it will promptly cure, any defaults under executory contracts and unexpired leases at the time of assumption.

In accordance with the assumption and assignment procedures authorized by the Court pursuant to the Bid Procedures Order (the "**Assumption and Assignment Procedures**"), on April 11, 2023 [Docket No. 361] the Debtors filed with the Court an initial cure notice (the "**Initial Cure Notice**"). The deadline to object to the Initial Cure Notice was April 25, 2023 at 5:00 P.M. prevailing Central Time (the "**Initial Cure Notice Objection Deadline**"). On May 2, 2023 [Docket No. 475], the Debtors filed with the Court a first supplemental cure notice (the "**First Supplemental Cure Notice**"). The deadline to object to the First Supplemental Cure Notice is May 16, 2023 at 5:00 P.M. prevailing Central Time (the "**First Supplemental Cure Notice Objection Deadline**" and together with the Initial Cure Notice Objection Deadline, the "**Cure Objection Deadlines**"). The Debtors served upon the non-Debtor counterparties to the Designated Contracts, one or more notices (each, a "**Cure Notice**") setting forth that such executory contract or unexpired lease may be assumed or assigned to the Purchaser and the applicable cure amount the Debtors believe is necessary to satisfy to assume such executory contract or unexpired lease in accordance with section 365 of the Bankruptcy Code.

**Schedule 2**, **Schedule 3**, and **Schedule 4** set forth the cure amount (if any) of Designated Contracts according to the Debtors' records that is required pursuant to section 365(a) of the Bankruptcy Code. Except as to those cure amounts related to the First Supplemental Cure Notice as the First Supplemental Cure Notice Objection Deadline has not expired, the cure amounts set forth in **Schedule 2** and **Schedule 3** shall be controlling as of the date of this Assignment Notice; the non-debtor party to each unexpired lease set forth on **Schedule 2** and **Schedule 3** stipulated that the Cure Amount set forth in this Assignment Notice is correct in accordance with the Assignment and Assumption Procedures; the non-debtor party shall be forever barred, estopped

and enjoined from asserting or claiming that any additional amounts are due or other defaults exist. For the avoidance of doubt, the cure amounts set forth in **Schedule 2** and **Schedule 3** are not controlling where there are outstanding objections.

**Schedule 4** sets forth the proposed cure amount (if any) of Designated Contracts not previously included on a Cure Notice according to the Debtors' records that is required pursuant to section 365(a) of the Bankruptcy Code. **The proposed cure amount represents all monetary defaults of any nature that the Debtors believe are or may be outstanding under the Designated Contract prior to the closing of the Sale. If you believe the proposed cure amount is listed with an incorrect amount, you must object in accordance with the procedures described in this notice by no later than the objection deadline set forth below under the heading "Important Dates and Deadlines."**

B.     **Adequate Assurance of Future Performance**

Section 365(a) of the Bankruptcy Code conditions assignment on the Winning Bidder or Backup Bidder providing "adequate assurance of future performance." Counterparties to Designated Contracts may request adequate assurance of future performance by the Winning Bidder or Backup Bidder by contacting counsel to the Debtors, Jackson Walker LLP (SaleJW-AutoPlus@jw.com) and The Law Office of Liz Freeman (liz@lizfreemanlaw.com). Such adequate assurance may be provided on a confidential basis for all nonpublic information. **If you object to assumption and assignment of your Designated Contract based solely on the adequate assurance of future performance, you must object in accordance with the procedures described in this notice by no later than the objection deadline set forth below under the heading "Important Dates and Deadlines."**

To the maximum extent permitted by law, to the extent any provision in any Designated Contract assumed and assigned pursuant to the Sale Order restricts or prevents, or purports to restrict or prevent, or is breached or deemed breached by, the assumption or assumption and assignment of such Designated Contract (including any "change in control" provision), then such provision shall be deemed modified such that the transactions contemplated by the Sale Order and any definitive documentation for the Sale shall not entitle the non-Debtor party to terminate such Designated Contract or to exercise any other default-related rights with respect, unless such non-Debtor party properly and timely files an objection and such objection is not overruled, withdrawn or otherwise resolved.

**Important Dates and Deadlines**[3]

The Bid Procedures Order and Assumption and Assignment Procedures include a number of dates and deadlines, only a few of which are highlighted here:

- **Deadline to Object to the Sale.** Objections to the Sale (except with respect to the assumption and assignment of any Designated Contract, including objections to the proposed cure amount of the Designated Contracts on **Schedule 4** or adequate assurance of future performance by the

---

[3] The following dates and deadlines may be extended by the Debtors (with the consent of the DIP Lender) by filing a notice with the Court, pursuant to the Bid Procedures.

Winning Bidder or Backup Bidder of any of the Designated Contracts) must be filed with the Court by **May 17, 2023,** at **5:00 p.m.** (prevailing Central Time) and otherwise meet the requirements set forth in the Bid Procedures Order.

- **Deadline to Object to Adequate Assurance of Future Performance of Payment**.  Any objection to the assumption and assignment of a Designated Contract on **Schedule 2, Schedule 3,** or **Schedule 4**, including objections to adequate assurance of future performance, *must*: (a) be in writing; (b) comply with the Bankruptcy Code, Bankruptcy Rules, the Bankruptcy Local Rules, and any orders of the Court; (c) state the name and address of the objecting party and identify the Designated Contract at issue; (d) state, with particularity, the basis and nature of any objection to the assumption and assignment, cure amount, and/or adequate assurance of future performance; and (e) be filed with the Court with proof of service thereof so as to be actually received on or before **5:00 p.m. (prevailing Central Time) on May 18, 2023**.

- **Deadline to Object to Proposed Cure Amounts for Designated Contracts on Schedule 4.**  Any objection to the proposed cure amount solely related to the Designated Contracts on **Schedule 4** shall: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) state the name and address of the objecting party and identify the Designated Contract at issue; (d) be filed with the Court with proof of service thereof so as to be actually received on or before **14 days following the date of service of this Assignment Notice.**

- **Sale Hearing.**  A hearing to consider approval of the proposed Sale (including assignment of Designated Contracts) will be held before the Court on **May 19, 2023**, at **10:00 a.m.** (prevailing Central Time) at 515 Rusk Street Courtroom 401, Houston, Texas 77002.  Participation in the hearing may be in person or by an audio and video connection, as set forth in the Bid Procedures Motion.

### Consequences of Failing to Timely Assert an Objection

Except as otherwise ordered by the Court, any party or entity that fails to timely make an objection to the Sale on or before the objection deadline in accordance with the Bid Procedures Order and this Assignment Notice shall be forever barred from asserting any objection to the Sale, including with respect to (a) the transfer of the assets free and clear of all liens, claims, encumbrances, and other interests and (b) the assumption and assignment of a Designated Contract, proposed cure amount, or adequate assurance of future performance.  Any counterparty to a Designated Contract that fails to object to the proposed assumption and assignment by the objection deadline will be deemed to assent to the assumption of the Designated Contract on the terms defined in this Notice.

**Assumption and assignment of any Designated Contract shall result in the full release and satisfaction of any cures, claims, or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or any bankruptcy-related defaults, arising at any time prior to the effective date of assumption.  Any and all proofs of claim based upon executory contracts or unexpired leases that have been assumed in the chapter 11 cases, including pursuant to the Sale Order, shall be deemed disallowed and expunged as of the later of (1) the date of entry of an order of the Court (including the Sale Order) approving such assumption and (2) the effective date of such assumption without the need for any objection or any further notice to or action, order, or approval of the Court.**

Dated:  May 14, 2023

/s/ *Vienna F. Anaya*
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Veronica A. Polnick (TX Bar No. 24079148)
Vienna Anaya  (TX Bar No. 24091225)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:      (713) 752-4200
Facsimile:       (713) 752-4221
Email:             mcavenaugh@jw.com
                       vpolnick@jw.com
                       vanaya@jw.com
                       emeraia@jw.com

*Counsel to the Debtors*
*and Debtors in Possession*

**Schedule 1**
**Notice of Winning Bid**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| IEH AUTO PARTS HOLDING LLC, *et al.*,[4] | ) Case No. 23-90054 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF WINNING BIDS

On March 10, 2023, the United States Bankruptcy Court for the Southern District of Texas entered the *Order Approving the Bid Procedures and Granting Related Relief* [Docket No. 208] (the "Bidding Procedures Order").[5]

Pursuant to the Bidding Procedures Order, the Debtors file this *Notice of Winning Bids* including (i) a copy of each Winning Bid and Backup Bid, (ii) the identities of the Winning Bidders and Backup Bidders, and (iii) a list of all executory contracts and unexpired leases proposed to be assumed and assigned as part of the Sale.

The Debtors received multiple Qualified Bids and conducted an auction on May 10–11, 2023, to sell the Debtors' assets in Lots 1–9(c). After conclusion of Lot 9(c), the Debtors announced that they would sell certain remaining assets (satellite locations and distribution centers) in Lot 9(d). The Lot 9(d) locations and distribution centers were circulated to all

---

[4] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: IEH Auto Parts Holding LLC (6529); AP Acquisition Company Clark LLC (4531); AP Acquisition Company Gordon LLC (5666); AP Acquisition Company Massachusetts LLC (7581); AP Acquisition Company Missouri LLC (7840); AP Acquisition Company New York LLC (7361); AP Acquisition Company North Carolina LLC (N/A); AP Acquisition Company Washington LLC (2773); Auto Plus Auto Sales LLC (6921); IEH AIM LLC (2233); IEH Auto Parts LLC (2066); IEH Auto Parts Puerto Rico, Inc. (4539); and IEH BA LLC (1428). The Debtors' service address is: 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30144.

[5] Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures Order.

Qualified Bidders on May 12, 2023, with a deadline to submit bids of May 15, 2023. The Debtors will review received bids and file another notice of winning bidder(s) for Lot 9(d) pursuant to the Bid Procedures.

The highest and best bids for Lots 1–9(c) were presented by the following bidders (the "Winning Bidders") and the backup bids were presented by the following backup bidders (the "Backup Bidders"):

| Lot[6] | Name of Winning Bidder | Name of Backup Bidder |
|---|---|---|
| Lot 1: Southeast | TPH Holdings, LLC | Elliott Auto Supply Co., Inc. d/b/a FMP |
| Lot 2: Mason City | Elliott Auto Supply Co., Inc. d/b/a FMP | XL Parts LLC and APH Stores Inc. |
| Lot 3: Florida | National Auto Parts Warehouse, LLC | TPH Holdings, LLC |
| Lot 4: Memphis | Elliott Auto Supply Co., Inc. d/b/a FMP | N/A |
| Lot 5: Texas | Marco Holdings I, LLC and Arnold Oil Company of Austin, L.P. | XL Parts LLC |
| Lot 6: Northeast | Fisher Auto Parts Inc. and Clutch Acquisition LLC | Elliott Auto Supply Co., Inc. d/b/a FMP |
| Lot 7: Marietta | Fisher Auto Parts Inc. and Clutch Acquisition LLC | Elliott Auto Supply Co., Inc. d/b/a FMP |
| Lot 8: Mid-Atlantic | Fisher Auto Parts Inc. and Clutch Acquisition LLC | Elliott Auto Supply Co., Inc. d/b/a FMP |
| Lot 9(a): Pep Boys | American Entertainment Properties Corp. | Carparts.com Inc. |
| Lot 9(b): IP | American Entertainment Properties Corp. | N/A |
| Lot 9(c): IT | American Entertainment Properties Corp. | N/A |

The Debtors consider the auction process for the Lots 1–9(c) to be closed. However, certain of these lots remain subject to finalization of an asset purchase agreement. The Debtors

---

[6] The assets acquired by lot are attached hereto on **Exhibit 1**.

reserve the right to nullify the auction result, name a Backup Bidder the Winning Bidder, and close a transaction with that party(ies) if a mutually acceptable asset purchase agreement is not finalized with the current Winning Bidder in a timely manner.  The Debtors will file and serve an amended Notice of Winning Bids in such an instance.

The Debtors certify that they are working to provide, in coordination with the proposed assignee, the Winning Bidder's Adequate Assurance information to each affected Counterparty on a confidential basis.

Houston, Texas
Dated: May 13, 2023

/s/ *Genevieve M. Graham*

| **JACKSON WALKER LLP** | **LAW OFFICE OF LIZ FREEMAN** |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Elizabeth C. Freeman (TX Bar No. 2400922) |
| Veronica A. Polnick (TX Bar No. 24079148) | PO Box 61209 |
| Genevieve M. Graham (TX Bar No. 24085340) | Houston, TX 77208-1209 |
| Vienna Anaya (TX Bar No. 24091225) | Telephone: (832) 779-3580 |
| Emily Meraia (TX Bar No. 24129307) | Email: liz@lizfreemanlaw.com |
| 1401 McKinney Street, Suite 1900 | |
| Houston, TX 77010 | *Co-Counsel and Conflicts Counsel* |
| Telephone: (713) 752-4200 | *for the Debtors* |
| Facsimile: (713) 752-4221 | |
| Email:   vpolnick@jw.com | |
|             ggraham@jw.com | |
|             vanaya@jw.com | |
|             emeraia@jw.com | |

*Counsel to the Debtors
and Debtors in Possession*

**Schedule 2**

**Winning Bid – Southeast Lot**

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 10094 | S W Pike St Lawrenceville | GA | 1005 Raco Court Owner LLC | 602 W. Office Center Drive, Suite 200 Fort Washington, PA 19034 | IEH Auto Parts LLC | 625 Old Norcross Rd. Ste. D-2 Lawrenceville, GA 30046 | $4,249.96[1] | Initial Cure List |
| 2. | 10591 | S AUTO PLUS-WILLIAMSON | VA | Albemarle Development Company, LLC | 631 Campbell Avenue SE Roanoke, VA 24013-0000 | IEH Auto Parts LLC | 401 Albemarle Ave. SE Roanoke, VA 24013 | $4,862.50[2] | Initial Cure List |
| 3. | 10580 | S AUTO PLUS LEIGH ST | VA | Athens Land Company LLC | Attn: Marc Allocca 2221 Edward Holland Drive, Suite 600 Richmond, VA 23230 | IEH Auto Parts LLC | 1101 Athens Ave. Richmond, VA 23227 | $0.00 | Initial Cure List |
| 4. | 10087 | Chattanooga | TN | Car-D-Nel, Inc. | 5229 Hixson Pike Hixson, TN 37343 | IEH Auto Parts LLC | 2822 Calhoun Ave. Chattanooga, TN 37407 | $0.00 | Initial Cure List |
| 5. | 10101 | S First Flag Dr Austell | GA | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 1223 First Flags Drive Austell, GA 30168 | $0.00 | Initial Cure List |
| 6. | 18049 | W 1223 First Flag Dr Austell | GA | Clarit Realty, Ltd. | 9040 Town Ctr. Pkwy. Lakewood Ranch, FL 34202 | IEH Auto Parts LLC | 1223 First Flags Drive Austell, GA 30168 | $0.00 | Initial Cure List |

---

[1] This revised cure amount from the Initial Cure List resolves the Landlord's informal objection.
[2] This revised cure amount from the Initial Cure List resolves the Landlord's informal objection.

1

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 7. | 10596 | S AUTO PLUS-FLORENCE | SC | Corporate Properties, LLC | 1408 Lazar Pl. Florence, SC 29501 | IEH Auto Parts LLC | 1417 South Church St. Florence, SC 29505 | $0.00 | Initial Cure List |
| 8. | 10086 | S Decatur Pike Athens | TN | E & E Properties | 614 Sunview Drive Athens, TN 37303 | IEH Auto Parts LLC | 904 Decatur Pike Athens, TN 37303 | $0.00 | Initial Cure List |
| 9. | 10579 | S AUTO PLUS-CHRISTIANBURG | VA | Gateway VA Associates LLC | 551 Fifth Ave, Suite 2200 New York, NY 10176 | IEH Auto Parts LLC | 1600 Roanoke St. Ste. E Christiansburg, VA 24073 | $0.00 | Initial Cure List |
| 10. | 10583 | S AUTO PLUS-NORFOLK | VA | HNP Investments LLC | 411 48th St Virginia Beach, VA 23451 | IEH Auto Parts LLC | 1320 Ingleside Rd. Norfolk, VA 23502 | $0.00 | Initial Cure List |
| 11. | 10107 | Auto Plus Winder | GA | MLG Properties, LLC | 69 Heartland Circle Winder, GA 30680 | IEH Auto Parts LLC | 20 East Midland Avenue, Suite A Winder, GA 30680 | $0.00 | Initial Cure List |
| 12. | 10599 | S AUTO PLUS-BREVARD | NC | PPW. LLC | 27 West Main Street Brevard, NC 28712 | IEH Auto Parts LLC | 217 West French Broad Street Brevard, NC 28712 | $0.00 | Initial Cure List |
| 13. | 10084 | S S. Creek Rd. Chattanooga | TN | Pryor Bacon Jr. | PO Box 23224 Chattanooga, TN 37422 | IEH Auto Parts LLC | 3903 Volunteer Dr. Stes. 9-11 Chattanooga, TN 37416 | $0.00 | Initial Cure List |

2

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 14. | 10089 | S Jones Mill Court Norcross | GA | St. Paul Fire and Marine Insurance Company | 385 Washington Street, 9275-LC13A St. Paul, MN 55102 | IEH Auto Parts LLC | 6110-F Northbelt Parkway Norcross, GA 30071 | $0.00 | Initial Cure List |
| 15. | 10083 | AUTO PLUS - CALHOUN | GA | The Landlord Inc. | 426 South Wall St. Calhoun, GA 30701 | AP Acquisition Company Gordon LLC | 424 S. Wall St. Calhoun, GA 30701 | $0.00 | Initial Cure List |
| 16. | 10090 | S Scenic Hwy Snellville | GA | THE PEP BOYS - MANNY, MOE & JACK LLC | 3111 West Allegheny Avenue Philadelphia, PA 19132 | IEH Auto Parts LLC | 2207 East Main Street Snellville, GA 30078 | $0.00 | Initial Cure List |
| 17. | 10597 | S AUTO PLUS- CONWAY | SC | Tommy Frenchie Harrelson, III | 1311 4th Avenue Conway, SC 29526 | IEH Auto Parts LLC | 1311 4th Ave Conway, SC 29526 | $0.00 | Initial Cure List |
| 18. | 10088 | 360 Central Ave NE Cleveland | TN | Victor Hicks | 6579 Candy Creek Ridge Rd. Charleston, TN 37310 | IEH Auto Parts LLC | 360 Central Ave. NE Cleveland, TN 37311 | $0.00 | Initial Cure List |
| 19. | 10594 | S West 28th Street Charlotte | NC | WJH Real Estate, LLC | PO Box 1800 Kennekbunkport, ME 04046 | IEH Auto Parts LLC | 700 West 28th St. Charlotte, NC 28206 | $0.00 | Initial Cure List |
| 20. | 18037 10594 | W West 28th Street Charlotte | NC | WJH Real Estate, LLC | PO Box 1800 Kennekbunkport, ME 04046 | IEH Auto Parts LLC | 700 West 28th St. Charlotte, NC 28206 | $0.00 | Initial Cure List |

36195072v.2 163883/00001

## Schedule 3

## Backup Bid – Florida Lot

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 10642 | S Old Okeechobee Rd W Palm Beach | FL | AMG Properties, Inc. | 1430 South Dixie Hwy., Ste. 306 Coral Gables, FL 33146 | IEH Auto Parts LLC | 2690 Old Okeechobee Rd. West Palm Beach, FL 33409 | $0.00 | Initial Cure List |
| 2. | 10646 | S Clark Rd Sarasota | FL | AMG Properties, Inc. | 1430 South Dixie Hwy., Ste. 306 Coral Gables, FL 33146 | IEH Auto Parts LLC | 4500 Clark Rd. Sarasota, FL 34233 | $0.00[3] | Initial Cure List |
| 3. | 10649 | S SW 25 St Hollywood | FL | AMG Properties, Inc. | 1430 South Dixie Hwy., Ste. 306 Coral Gables, FL 33146 | IEH Auto Parts LLC | 5638 SW 25 St. Hollywood, FL 33023 | $0.00 | Initial Cure List |
| 4. | 10650 | S N SeGrave St Daytona | FL | AMG Properties, Inc. | 1430 South Dixie Hwy., Ste. 306 Coral Gables, FL 33146 | IEH Auto Parts LLC | 629 N Segrave St. Daytona Beach, FL 32114 | $0.00 | Initial Cure List |
| 5. | 10651 | S West Mowry Homestead | FL | AMG Properties, Inc. | 1430 South Dixie Hwy., Ste. 306 Coral Gables, FL 33146 | IEH Auto Parts LLC | 300 West Mowry Homestead, FL 33030 | $0.00 | Initial Cure List |

---

[3] The Landlord filed its *Objection of A.M.G. Properties, Inc. to Initial Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 412], asserting that although no amounts were due as of the filing of the Objection, more amounts could come due in the ordinary course of business. As of the date of this Notice, the Debtors do not believe any amounts are currently due to landlord.

1

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 6. | 10657 | S Metro Parkway Fort Myers | FL | AMG Properties, Inc. | 1430 South Dixie Hwy., Ste. 306 Coral Gables, FL 33146 | IEH Auto Parts LLC | 13110 Metro Pkwy. Fort Myers, FL 33966 | $0.00[4] | Initial Cure List |
| 7. | 10658 | S NW 27 Ave Miami | FL | AMG Properties, Inc. | 1430 South Dixie Hwy., Ste. 306 Coral Gables, FL 33146 | IEH Auto Parts LLC | 2100 NW 27 Ave. Miami, FL 33142 | $0.00[5] | Initial Cure List |
| 8. | 10659 | S Arnold Ave Naples | FL | AMG Properties, Inc. | 1430 South Dixie Hwy., Ste. 306 Coral Gables, FL 33146 | IEH Auto Parts LLC | 3831 Arnold Ave. Naples, FL 34104 | $0.00 | Initial Cure List |
| 9. | 10648 | S W Copans Rd Pompano Beach | FL | Copans Industrial Park, LLC | 4901 N.W. 17th Way, Ste. 103 Fort Lauderdale, FL 33309 | IEH Auto Parts LLC | 1927 W. Copans Rd. Pompano Beach, FL 33064 | $0.00 | Initial Cure List |
| 10. | 10665 | S S Dixie Freeway New Smyrna Beach | FL | Emerald Eagles, LP | PO Box 829 Windermere, FL 34786 | IEH Auto Parts LLC | 1413 S Dixie Fwy. New Smyrna Beach, FL 32168 | $0.00 | Initial Cure List |
| 11. | 10647 | S Pine Hill Rd Port Richey | FL | Gary Blackwell & Thomas Chittum | 6915 State Rd. 54 New Port Richey, FL 34653 | IEH Auto Parts LLC | 8403 Redmac St. Port Richey, FL 34668 | $0.00 | Initial Cure List |

---

[4] The Landlord filed its *Objection of A.M.G. Properties, Inc. to Initial Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 412], asserting that although no amounts were due as of the filing of the Objection, more amounts could come due in the ordinary course of business. As of the date of this Notice, the Debtors do not believe any amounts are currently due to landlord.

[5] The Landlord filed its *Objection of A.M.G. Properties, Inc. to Initial Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 412], asserting that although no amounts were due as of the filing of the Objection, more amounts could come due in the ordinary course of business. As of the date of this Notice, the Debtors do not believe any amounts are currently due to landlord.

36195072v.2 163883/00001

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 12. | 10667 | S Murdock Blvd Orlando | FL | J-C Piloian Properties, LLC | 1451 Haven Dr., 201 Oviedo, FL 32765 | IEH Auto Parts LLC | 2001 Murdock Blvd. Orlando, FL 32817 | $0.00 | Initial Cure List |
| 13. | 10656 | S Del Prado Blvd S Cape Coral | FL | John F. Miner | 2710 Del Prado Blvd. 2-105 Cape Coral, FL 33904 | IEH Auto Parts LLC | 907 SE 14th Ave. Cape Coral, FL 33990 | $0.00 | Initial Cure List |
| 14. | 10644 | S SW 48th Street Miami | FL | Lakeside Partnership | 7364 S.W. 48th St. Miami, FL 33155-5523 | IEH Auto Parts LLC | 7354 S.W. 48th St. Marina Lakes Business Park Miami, FL 33155 | $0.00 | Initial Cure List |
| 15. | 10691 | 3841 Palm Beach Blvd | FL | Marjaq LLC | 226 SW 21st Terrace Cape Coral, FL 33991 | IEH Auto Parts LLC | 3841 Palm Beach Blvd. Fort Myers, FL 33916 | $0.00 | Initial Cure List |
| 16. | 10653 | S Market Circle Unit 7 Port Charlotte | FL | Moonstone Holdings, LLC | 17940 Toledo Blade Blvd., Unit A Port Charlotte, FL 33948 | IEH Auto Parts LLC | 1231 Market Circle Port Charlotte, FL 33953 | $0.00 | Supplemental Cure List |
| 17. | 10641 | S West Pine Street Lakeland | FL | Polk County Partners, LLC | 126 S Federal Highway, Suite 200 Dania Beach, FL 33004 | IEH Auto Parts LLC | 2250 Commerce Point Dr. Lakeland, FL 33801 | $0.00 | Initial Cure List |
| 18. | 10673 | S W Central Blvd Unit C Orlando | FL | RAE 46 Holdings, LLC | 1109 W. Church Street Orlando, FL 32805 | IEH Auto Parts LLC | 1106 W. Pine Street Orlando, FL 32805 | $0.00 | Initial Cure List |

3

36195072v.2 163883/00001

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 19. | 10669 | S Old Hopewell Road Tampa | FL | Ranger REIT IV LLC c/o DRA Advisors LLC | 220 E. 42nd St., 27th Fl. New York, NY 10017 | IEH Auto Parts LLC | 1201 Old Hopewell Rd. Stes. 4-8 Tampa, FL 33619 | $0.00[6] | Initial Cure List |
| 20. | 18068 | W Old Hopewell Road Tampa | FL | Ranger REIT IV LLC c/o DRA Advisors LLC | 220 E. 42nd St., 27th Fl. New York, NY 10017 | IEH Auto Parts LLC | 1201 Old Hopewell Rd. Stes. 4-8 Tampa, FL 33619 | $0.00[7] | Initial Cure List |
| 21. | 10674 | S Nursey Rd Winter Springs | FL | Reeco Properties, LLLP | 751 Overspin Drive Winter Park, FL 32789 | IEH Auto Parts LLC | 1055 Nursery Rd Ste. 129-139 Winter Springs, FL 32708 | $0.00 | Initial Cure List |
| 22. | 10640 | S NW 60 Street Miami | FL | RREEF AMERICA REIT II CORP. VVV | 222 South Riverside, Floor 26 Chicago, IL 60606 | IEH Auto Parts LLC | 3510 NW 60th St. Miami, FL 33142 | $0.00 | Initial Cure List |
| 23. | 18067 | Miami DC | FL | RREEF AMERICA REIT II CORP. VVV | 222 South Riverside, Floor 26 Chicago, IL 60606 | IEH Auto Parts LLC | 3510 NW 60th St. Miami, FL 33142 | $0.00 | Initial Cure List |

---

[6] The Landlord filed its *Objection of Ranger FL, LLC to Debtors' Initial Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 410], asserting the cure amount should be $39,968.48 due to an alleged lien filed against the Landlord's property due to the Debtors. The Debtors are working to review and resolve the underlying lien issue and thereby resolve this objection on a consensual basis.

[7] The Landlord filed its *Objection of Ranger FL, LLC to Debtors' Initial Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 410], asserting the cure amount should be $39,968.48 due to an alleged lien filed against the Landlord's property due to the Debtors. The Debtors are working to review and resolve the underlying lien issue and thereby resolve this objection on a consensual basis.

36195072v.2 163883/00001

| # | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure | On Cure List |
|---|---|---|---|---|---|---|---|---|---|
| 24. | 10670 | S 66th St N St Petersburg | FL | Sally M Warner Revocable Trust and Warren S & Brenda H Mack Joint Revocable Family Trust | PO Box 46677 St. Petersburg Beach, FL 33741 | IEH Auto Parts LLC | 4801 66th St. North St. Petersburg, FL 33709 | $0.00 | Supplemental Cure List |
| 25. | 10660 | S Progress Circle Venic | FL | SunAqua Properties, Inc | 444 Evans Ridge Road Speedwell, TN 37870 | IEH Auto Parts LLC | 155 Progress Cir. Venice, FL 34292 | $0.00 | Initial Cure List |
| 26. | 10671 | S 6th Street SW Winter Haven | FL | The Extra Closet Properties, LLC | 343 Avenue C S.W. Winter Haven, FL 33880-3262 | IEH Auto Parts LLC | 260 6th St. Winter Haven, FL 33880 | $0.00 | Initial Cure List |
| 27. | 10668 | S 130th Avenue N Largo | FL | Three D Investment Trust | 9380 Ulmerton Road Largo, FL 33771 | IEH Auto Parts LLC | 9010 130th Ave. North Largo, FL 33773 | $0.00 | Initial Cure List |
| 28. | 10661 | S Taylor Rd Punta Gorda | FL | Tyra Properties, LLC | 696 NE 125th St. North Miami, FL 33161 | IEH Auto Parts LLC | 1105-B Taylor Rd. Punta Gorda, FL 33950 | $0.00 | Initial Cure List |
| 29. | 10690 | AutoPlus Store #690 - Clearwater Profit | FL | Weaver Enterprises, Inc. | 2050 Weaver Park Dr. Clearwater, FL 33765 | IEH Auto Parts LLC | 2021-2025 Weaver Park Dr. Clearwater, FL 33765 | $0.00 | Initial Cure List |
| 30. | 10676 | S W Airport Blvd Sanford | FL | Zha Song Investment LLC | 1536 Sunrise Plaza Drive, Suite 102 Clertmont, FL 34714 | IEH Auto Parts LLC | W. Airport Blvd. Ste. 1650 Sanford, FL 32773 | $0.00 | Initial Cure List |

36195072v.2 163883/00001

## Schedule 4
*[Potential Assumed Leases Not Previously Included on a Cure List]*

| LOT | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure |
|---|---|---|---|---|---|---|---|---|
| Southeast | 10106 | AutoPlus Conyers 10106 | GA | THE PEP BOYS - MANNY, MOE & JACK LLC | 3111 West Allegheny Avenue Philadelphia, PA 19132 | IEH Auto Parts LLC | 1132 Northlake Drive Conyers, GA 30013 | $0.00 |

1