IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 23-90054 (CML) |
| IEH AUTO PARTS HOLDING LLC, *et al.*,[1] | ) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) <br> ) **Re: Docket Nos. 670, 698** |

**NOTICE OF OCCURRENCE OF MISCELLANEOUS ASSET SALE CLOSING AND EXECUTORY CONTRACTS AND UNEXPIRED LEASES ASSUMED AND ASSIGNED TO TPH HOLDINGS, LLC**

On June 7, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered that certain *Corrected Order Establishing Procedures for Sales of Certain Miscellaneous Assets Outside the Ordinary Course of Business Free and Clear of All Liens, Claims, Interests and Encumbrances* [Docket No. 670] the ("Miscellaneous Asset Sale Procedures Order"),[2] whereby the Court authorized the above- captioned debtors and debtors in possession (collectively, the "Debtors") to sell certain Miscellaneous Assets in accordance with procedures provided for therein.

**Notice of Sale Closing Date.** This notice (the "Notice") is to inform you that the Closing of the Sale to TPH Holdings, LLC (the "Purchaser"), as set forth in the *Notice of Proposed Miscellaneous Asset Sale* [Docket No. 698], occurred on June 17, 2023 (the "Closing Date").

**Notice of Assumed Contracts.** The Purchaser did not list any Assumed Contracts on the Purchaser's final Asset Purchase Agreement (the "APA") schedules and therefore, did not assume any Assumed Contracts pursuant to this Sale.[3]

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: IEH Auto Parts Holding LLC (6529); AP Acquisition Company Clark LLC (4531); AP Acquisition Company Gordon LLC (5666); AP Acquisition Company Massachusetts LLC (7581); AP Acquisition Company Missouri LLC (7840); AP Acquisition Company New York LLC (7361); AP Acquisition Company North Carolina LLC (N/A); AP Acquisition Company Washington LLC (2773); Auto Plus Auto Sales LLC (6921); IEH AIM LLC (2233); IEH Auto Parts LLC (2066); IEH Auto Parts Puerto Rico, Inc. (4539); and IEH BA LLC (1428). The Debtors' service address is: 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30144.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Miscellaneous Asset Sale Procedures Order.

[3] This Notice references a different sale from the sale transaction set forth in the *Notice of Occurrence of Sale Closing and Executory Contracts and Unexpired Leases Assumed and Assigned to TPH Holdings, LLC* [Docket No. 685].

Dated: July 18, 2023

/s/ *Vienna F. Anaya*
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Veronica A. Polnick (TX Bar No. 24079148)
Vienna Anaya (TX Bar No. 24091225)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:  (713) 752-4200
Facsimile:  (713) 752-4221
Email:  mcavenaugh@jw.com
vpolnick@jw.com
vanaya@jw.com
emeraia@jw.com

*Counsel to the Debtors*
*and Debtors in Possession*

## Certificate of Service

I certify that on July 18, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Vienna F. Anaya*
Vienna F. Anaya