# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 23-90054 (CML) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket Nos. 670, 677** |
| IEH AUTO PARTS HOLDING LLC, *et al.*, [1] | |
| Debtors. | |

## NOTICE OF OCCURRENCE OF MISCELLANEOUS ASSET SALE CLOSING AND EXECUTORY CONTRACTS AND UNEXPIRED LEASES ASSUMED AND ASSIGNED TO ELLIOTT AUTO SUPPLY CO., INC.

On June 7, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered that certain *Corrected Order Establishing Procedures for Sales of Certain Miscellaneous Assets Outside the Ordinary Course of Business Free and Clear of All Liens, Claims, Interests and Encumbrances* [Docket No. 670] the ("Miscellaneous Asset Sale Procedures Order"),[2] whereby the Court authorized the above- captioned debtors and debtors in possession (collectively, the "Debtors") to sell certain Miscellaneous Assets in accordance with procedures provided for therein.

**Notice of Sale Closing Date.** The Closing of the Sale[3] to Elliott Auto Supply Co., Inc. (the "Purchaser") occurred on June 29, 2023 (the "Closing Date").

**Notice of Assumed Contracts.** This notice (the "Notice") provides the *final list* of Assumed Contracts included on the Purchaser's final Asset Purchase Agreement (the "APA") schedules, which is attached hereto as **Exhibit A**. *In accordance with Paragraph 6 of the Miscellaneous Asset Sale Procedures Order, only those Assumed Contracts listed on Exhibit A shall be deemed assumed and assigned to the Purchaser under the Miscellaneous Asset Sale Procedures Order; provided, however, that Paragraph 11 of the Miscellaneous Asset Sale*

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: IEH Auto Parts Holding LLC (6529); AP Acquisition Company Clark LLC (4531); AP Acquisition Company Gordon LLC (5666); AP Acquisition Company Massachusetts LLC (7581); AP Acquisition Company Missouri LLC (7840); AP Acquisition Company New York LLC (7361); AP Acquisition Company North Carolina LLC (N/A); AP Acquisition Company Washington LLC (2773); Auto Plus Auto Sales LLC (6921); IEH AIM LLC (2233); IEH Auto Parts LLC (2066); IEH Auto Parts Puerto Rico, Inc. (4539); and IEH BA LLC (1428). The Debtors' service address is: 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30144.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Miscellaneous Asset Sale Procedures Order.

[3] This Notice references a different sale from the sale transaction set forth in the *Notice of Occurrence of Sale Closing and Executory Contracts and Unexpired Leases Assumed and Assigned to Elliott Auto Supply Co., Inc.* [Docket No. 741].

*Procedures Order applies to the extent a Cure Dispute remains with respect to an Assumed Contract listed on <u>Exhibit A</u> as noted therein.*

**Cure Notices.** The Debtors filed with the Court and served upon the non-Debtor counterparties to the Assumed Contracts listed on **Exhibit A** certain notices (each, a "<u>Cure Notice</u>")[4] setting forth that such executory contract or unexpired lease may be assumed or assigned to the Purchaser and the applicable cure amount the Debtors believe is necessary to satisfy to assume such executory contract or unexpired lease in accordance with section 365 of the Bankruptcy Code. Additionally, pursuant to the Miscellaneous Asset Sale Procedures Order, the Debtors provided notice of the sale (the "<u>Sale Notice</u>"),[5] notifying contract counterparties that the Purchaser may assume such executory contracts or unexpired leases set forth in the applicable Sale Notice. *Unless a Cure Dispute remains outstanding (as identified on <u>Exhibit A</u>), only those Assumed Contracts listed on the attached <u>Exhibit A</u> have been assumed and assigned to the Purchaser under the Miscellaneous Asset Sale Procedures Order regardless of whether such executory contract or unexpired lease was previously listed on a Sale Notice.*

**Cure Amounts**. Pursuant to the Sale Orders, the Cure Amount set forth on the attached **Exhibit A** is controlling, unless a noted Cure Dispute exists, in accordance with the Miscellaneous Asset Sale Procedures Order. The non-debtor party to each Assumed Contract set forth on **Exhibit A** stipulated that the Cure Amount is correct in accordance with the Miscellaneous Asset Sale Procedures Order; the non-debtor counterparty party shall be forever barred, estopped and enjoined from asserting or claiming that any additional amounts are due or other defaults exist, that conditions to assignment must be satisfied under such Assumed Contract or that there is any objection or defense to the assumption and assignment of such Assumed Contract, including any argument that there exist conditions to assumption and assignment that must be satisfied under such Assumed Contract or that any required consent to assignment has not been given. **Any Cure Amounts associated with the Assumed Contracts on <u>Exhibit A</u>, unless otherwise noted therein, have been paid as of the Closing Date.**

Pursuant to the Miscellaneous Asset Sale Procedures Order, the Court found that service of the Cure Notices and Sale Notice was sufficient under the circumstances and in full compliance with the Miscellaneous Asset Sale Procedures Order, and no further notice need be provided in respect of the Debtors' assumption and assignment to the Purchaser of the Assumed Contracts, the Cure Amounts, or the Sale. All non-Debtor counterparties to the Assumed Contracts have had an adequate opportunity to object to the assumption and assignment of the Assumed Contracts and the Cure Amounts in accordance with the applicable Cure Notice and/or Sale Notice.

---

[4]  The Debtors filed the following Cure Notices: (1) *Initial Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 361] filed on April 11, 2023; and (2) *First Supplemental Cure Notice for Executory Contracts and Unexpired Leases Subject to Possible Assumption and Assignment* [Docket No. 475] on May 2, 2023.

[5]  The Debtors filed the following Sale Notice: *Notice of Proposed Miscellaneous Asset Sale* [Docket No. 677].

Dated:  July 18, 2023

/s/ *Vienna F. Anaya*
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Veronica A. Polnick (TX Bar No. 24079148)
Vienna Anaya  (TX Bar No. 24091225)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:       (713) 752-4200
Facsimile:        (713) 752-4221
Email:              mcavenaugh@jw.com
                        vpolnick@jw.com
                        vanaya@jw.com
                        emeraia@jw.com

*Counsel to the Debtors*
*and Debtors in Possession*

### Certificate of Service

I certify that on July 18, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Vienna F. Anaya*
Vienna F. Anaya

**EXHIBIT A**

**LIST OF ASSUMED CONTRACTS**

| # | LOT | ID | Profit Center Name | State | Landlord Name | Landlord Address | Debtor Tenant | Premises Address | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Marietta | 10058 | 10058 | PA | Icon Management I LLC | 5877 Commerce Street, Suite 109 Pittsburgh, PA 15206-3835 | IEH Auto Parts LLC | 6601 Kelly St. Pittsburgh, PA 15206 | $0.00 |

36778393v.1 163883/00001